

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Jennifer A. Williams*
*Direct Dial: (215) 861-8474*
*Facsimile: (215) 861- 8618*
*E-mail Address: Jennifer.A.Willams@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

January 29, 2020

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   United States v. Abdur Rahim Islam, Shahied Dawan, Kenyatta Johnson, and Dawn Chavous, 20-cr-45

Dear Clerk:

Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on January 28, 2020.

Very truly yours,

WILLIAM M. MCSWAIN
United States Attorney

Jennifer A. Williams
Assistant United States Attorney