AO 442 (Rev 11/11) Arrest Warrant        IRS           SEALED

RECEIVED
UNITED STATES MARSHAL
2020 JAN 29 PM 2:39
EASTERN DISTRICT OF PENNSYLVANIA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

United States of America
v.
ABDUR RAHIM ISLAM

Case No. 20cr45-1

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ABDUR RAHIM ISLAM

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:1962(d) - RICO CONSPIRACY - 1 COUNT
18.1343, 1346 - HONEST SERVICES WIRE FRAUD - 8 COUNTS
18:1952(a)(3) - USE OF INTERSTATE FACILITY TO FURTHER RACKETEERING - 1 COUNT
18:1343 - WIRE FRAUD - 6 COUNTS
26:7206(2) - FALSE TAX RETURNS - 6 COUNTS
18:2 - AIDING AND ABETTING

Date:   01/28/2020

KEVIN EIBEL, SUPERVISOR
*Issuing officer's signature*

City and state:   PHILA., PA.

KATE BARKAMN, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 1-28-2020, and the person was arrested on *(date)* 1-31-2020
at *(city and state)* PA

Date:   1-31-2020

IRS
*Arresting officer's signature*

*Printed name and title*