**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| | : | No. 20-cr-00045 |
| v. | : | |
| | : | |
| **ABDUR RAHIM ISLAM** | : | |
| **SHAHIED DAWAN** | : | |
| **KENYATTA JOHNSON** | : | |
| **DAWN CHAVOUS** | : | |
| Defendants. | : | |

**McHUGH, J.**                                                              **January 29, 2021**

### ORDER

This 29th day of January 2021, for the reasons in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Joint Motion for Severance (ECF 46) is **GRANTED**. Counts Nine and Ten of the Indictment (ECF 1) are severed from the remaining counts and will be tried separately.

/s/ Gerald Austin McHugh
United States District Judge
