IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : : : : | **CRIMINAL ACTION** No. 20-cr-00045 |
| v. | : : | |
| **ABDUR RAHIM ISLAM** **SHAHIED DAWAN** **KENYATTA JOHNSON** **DAWN CHAVOUS** Defendants. | : : : : : | |

**McHUGH, J.**                                                                                                            **January 29, 2021**

### ORDER

This 29th day of January 2021, for the reasons in the accompanying Memorandum, it is hereby **ORDERED** that the Government's Motion to Correct Clerical Error in Count Eight of the Indictment (ECF 57) is **GRANTED**. Paragraph three of Count Eight of the Indictment (ECF 1 at 30) shall be amended to read "On or about September 26, 2015, in the Eastern District of Pennsylvania and elsewhere, defendants".

It is also hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 51) is **DENIED in part**, insofar as the Motion to Dismiss Count Eight of the Indictment was predicated on a denial of the above-mentioned clerical error. The rest of Defendant's Motion to Dismiss remains pending.

/s/ Gerald Austin McHugh
United States District Judge