IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| | : | No. 20-cr-00045 |
| v. | : | |
| | : | |
| **ABDUR RAHIM ISLAM** | : | |
| **SHAHIED DAWAN** | : | |
| **KENYATTA JOHNSON** | : | |
| **DAWN CHAVOUS** | : | |
| Defendants. | : | |

**McHUGH, J.**                                                                                               **January 29, 2021**

## ORDER

This 29th day of January, 2021, for the reasons in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Motion to Compel grand jury instructions (ECF 47) is **GRANTED** in part; the instructions to the grand jury shall be produced for *in camera* review.

The Government may also, at its option, submit those portions of the testimony that it contends provided evidence of the crime charged under the instructions presented to the grand jury.

/s/ Gerald Austin McHugh
United States District Judge

1