IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : : : : | **CRIMINAL ACTION** <br> No. 20-cr-00045 |
| v. | : : | |
| **ABDUR RAHIM ISLAM** <br> **SHAHIED DAWAN** <br> **KENYATTA JOHNSON** <br> **DAWN CHAVOUS** <br> Defendants. | : : : : : | |

### ORDER

This 15th day of March, 2021, for the reasons in the accompanying Memorandum, it is hereby **ORDERED** that Defendant Abdur Rahim's Islam's Motion to Dismiss (ECF 51) is **GRANTED in part and DENIED in part** as follows:

- Count Eight of the Indictment (ECF 1) shall be amended as to strike reference to intended "extortion" in violation of "18 U.S.C. § 1951."

In all other respects the Motion is denied.

/s/ Gerald Austin McHugh
United States District Judge