IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL ACTION** |
| : | **No. 20-cr-00045** |
| v.  : | |
| : | |
| **ABDUR RAHIM ISLAM**  : | |
| **SHAHIED DAWAN**  : | |
| **KENYATTA JOHNSON**  : | |
| **DAWN CHAVOUS**  : | |
| **Defendants.**  : | |

## ORDER

This 15th day of March, 2021, it is hereby **ORDERED** that the Motions to Dismiss and Motion to Strike Surplusage of Defendants Kenyatta Johnson and Dawn Chavous (ECF 45) are **DENIED**.

.

/s/ Gerald Austin McHugh
United States District Judge

1