IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 20-45 |
| : | |
| ABDUR RAHIM ISLAM : | |
| SHAHIED DAWAN : | |
| KENYATTA JOHNSON : | |
| DAWN CHAVOUS : | |

**ORDER**

This 14th day of October, 2021, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Government's Motions to Set Trial Dates and Exclude Time Under the Speedy Trial Act, jointly filed at ECF No. 96, are **GRANTED** in part and **DENIED** in part as follows:

1) The Government's request for reconsideration of severance is denied.

2) The Government's motion specifically to exclude time under the Speedy Trial Act is granted.[1]

3) The Government's request that Defendants Islam and Dawan first be tried on all Counts other than Nine and Ten is denied.

4) The Government's alternative request that trial be bifurcated with a trial of all four Defendants on Count 9 and 10, to be continued with a trial of the remaining Counts before the same jury, is granted.

---

[1] The Court views this request as moot by virtue of the order it entered on February 13, 2020, ECF 28, designating this matter as complex, but nonetheless makes the specific findings requested by the Government. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay from the entry of this Order until the trial dates set here shall be excluded under the Speedy Trial Act.

5) Trial will commence Tuesday, February 1, 2022.

                                                      /s/ Gerald Austin McHugh
                                            United States District Judge