IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 20-45 |
| | : |
| ABDUR RAHIM ISLAM, et al. | : |

## ORDER

This 20th day of October, 2021, it is hereby **ORDERED** that the following pretrial deadlines shall govern this action:

1. All motions in limine, defined as motions that address the admissibility of evidence and proper scope of argument at trial, shall be filed no later than January 4, 2022, with responses thereto due within 14 days of service.

2. Any motion can be submitted by memorandum, without separately setting forth the substance of the motion in paragraph form, provided that the memorandum clearly identifies the precise issues that are the subject of the motion, and the specific relief requested.

3. If grounds for relief asserted in a motion by one defendant apply to another defendant such other defendant may file a notice asserting that they join in the motion, provided however that counsel should file such notice of joinder where there are proper grounds.

4. A hearing on all motions shall be scheduled for January 24, 2022 at 1:30 p.m. in Courtroom 9-B.

5. Any remaining Jencks Act material not previously produced shall be produced no later than January 24, 2022, and thereafter supplemented as required.

6. The Government shall file its trial brief and proposed points for charge no later than January 21, 2022.

7. Trial shall commence on February 1, 2022, at 9:30 a.m. in Courtroom 9-B.

                                                      /s/ Gerald Austin McHugh
                                                  United States District Judge