# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 20-45** |
| : | |
| **ABDUR RAHIM ISLAM** : | |
| **SHAHIED DAWAN** : | |
| **KENYATTA JOHNSON** : | |
| **DAWN CHAVOUS** : | |

## ORDER

This 7th day of January, 2022, following a conference on the record, because of the complexity of this case and the challenges of proceeding to trial during the current public health crisis, as now exacerbated by the Omicron variant to the COVID-19 virus, it is hereby **ORDERED** that the Government's Motion to Continue Trial (ECF 132) is **GRANTED**. Trial shall commence on March 21, 2022, at 9:30 a.m., in Courtroom 9-B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.  Pretrial deadlines set in this Court's Order of October 20, 2021, (ECF 111) are adjusted proportionately, except that arguments on motions in limine shall proceed on January 24, 2022, at 1:30 p.m. as previously scheduled.

      /s/ Gerald Austin McHugh
    United States District Judge