

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

## Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000281704 | **Location:** | Residence of Rahim Islam – 806 S. 15th St., Philadelphia, PA & Universal Companies Office - 800 S. 15th St., Philadelphia, PA |
| **Investigation Name:** | Dawn Chavous | | |
| **Date:** | March 27, 2017 | | |
| **Time:** | Approx. 9:13 AM-10:05AM, 1:21PM-2:00PM | | |
| **Participant(s):** | Rahim Islam<br>Ian Totani, IRS-CI Special Agent<br>Robert McManigal, FBI Special Agent | | |

On the above date and times, Special Agents Ian Totani and Robert McManigal identified themselves to Rahim Islam (Islam) as Special Agents with the Internal Revenue Service, Criminal Investigation and Federal Bureau of Investigations, respectively, and displayed their credentials. Special Agent Totani advised Islam that the agents were assisting the United States Attorney's Office with an investigation. Islam agreed to be interviewed and provided the following information: (Agent's note: The interview took place in two parts on the same day due to Islam having to leave to attend a meeting.)

1. Islam recalled Dawn Chavous (Chavous) worked for Universal Community Homes (UCH) as a consultant whose focus was to raise money for the organization. Islam explained that he has known Chavous and her mother, Barbara Chavous, for many years. Islam added: Chavous had worked for State Senator Anthony Williams, was married to or dating Councilman Kenyatta Johnson, Chavous was considered an education specialist, and that she knew wealthy groups like the Susquehanna Group and others. Islam stated that these groups made it known that they support school choice for children through Philadelphia school partnerships.

2. Islam explained that Chavous reported to him and was viewed as a consultant that could help the entire UCH organization with fundraising. Islam added that some consultants were paid by UCH and some were paid by specific organizations within the Universal Companies organization. Islam was looking to connect existing policies to application.  Islam stated that Chavous was not successful at raising funds for UCH and her contract was eventually terminated with UCH. Islam views himself as not being a micro-manager and that his style of management doesn't always work, as was the case with Chavous. Islam added that Chavous did not bring in any additional funding and that he was able fill that role in the organization. Islam does not consult with UCH's Board when

    hiring consultants.

3. The Special Agents asked Islam about Chavous's length of contractual work being approximately 14 months, if she was not raising a satisfactory level of funding for the organization. Islam explained that 14 months did seem to be a long time to determine if someone is not producing as a consultant, but added that time gets away from him. Islam added that Chavous didn't not do anything at all, as she was able to introduce UCH to Joel Greenburg, but that the relationship with Chavous wasn't fruitful enough. Islam noted that Chavous took the news of her contract ending professionally.

4. In regards to the Royal Theatre, Islam explained that Chavous had no involvement with the theater. Islam stated that Ori Feibush and Juan Levy filed an Act 135 on the building and that Karl Dranoff (Dranoff), a local property developer, partnered with UCH during the same period and held at least two meetings with all parties involved. Islam noted that UCH was not fully prepared to handle the issues at the theatre and the ACT 135 filing, so they asked Dranoff to assist. Dranoff wanted the theatre to become a mixed use building of residential and commercial. Islam does not believe that Dranoff knows Chavous.

5. In regards to zoning issues at the Royal Theatre, Islam considered zoning to always be an issue with whatever project UCH undertook. Islam thought of himself as generally aware of how the zoning changes for properties, but doesn't know the details of those changes. Specifically for the theatre property, Shaheid Dawan (Dawan), CFO for UCH, and Dranoff handled all zoning issues. Josh Weingram was the project manager and David Lebor was the attorney working for Dranoff on the theatre project. Islam explained that Dranoff held all the community meetings regarding the theatre project and Dawan attended on behalf of UCH. Islam did not consider the Zoning Board an issue with the property, but community support always was an issue.  Islam added that political representatives were always solicited for assistance with zoning. For the theatre, Islam recalled that City Councilman Kenyatta Johnson, State Senator Anthony Williams, and State Representative Jordan Harris all supported the project in some fashion. Islam reiterated that community support was very important with projects.

6. Islam explained that ultimately the theatre property was sold for $3.7 million to $3.8 million with 70% of the sales money going to UCH and the remaining 30% going to Dranoff.

7. In regards to Islam's trip to Israel, Islam explained that he was invited on a trip to Israel which he deemed a way to expand UCH's relationships within Philadelphia. Islam added that other attendee's on the trip included: Joe Zuritski - developer and owner of parking garages, State Senator Anthony Williams, City Councilman Kenyatta Johnson, Dawn Chavous, and multiple doctors. Islam stated that 10-12 people traveled together and he met Joel Greenburg in Israel too, but he did not travel with the group. Islam added that it was during the trip

    that the idea of having Chavous consult for UCH came to him. Islam stated that he did not discuss the idea with Kenyatta Johnson or Anthony Williams.

8. The Special Agents asked Islam if he hired Chavous as a consultant at UCH in order to have the zoning changed through legislation for the Royal Theatre. Islam stated that he was never asked to hire Chavous in exchange for anything and that Chavous was brought into UCH to assist with fundraising, but that was all. Islam insisted that no deals were made and that nothing underhanded happened and that the timing was all coincidental. Islam stated that Chavous was brought to the front of his mind due the trip to Israel, but for no other reason other than as a fundraiser. Islam added that Chavous's contract was terminated due to a lack of funding at UCH and not because of her husband's introduction of legislation to change the zoning at the Royal Theatre.

9. The Special Agents asked Islam about his contributions to political campaigns. Islam stated that he supports all local politicians from all different backgrounds and noted that he was supported Anthony Williams, Kenyatta Johnson, and past Mayors of Philadelphia. Islam is not aware of when his support for Kenyatta Johnson started.

The Special Agents concluded the interview at approximately 2:00 PM.

Ian Totani
Special Agent

Robert McManigal
Special Agent