

Compressed Transcript of the Testimony of
# SHAHIED AQUIL DAWAN, 5/16/17

**Case:** FEDERAL GRAND JURY

Summit Court Reporting, Inc.
Phone: 215.985.2400
Fax: 215.985.2420
Email: depo@summitreporting.com
Internet: www.summitreporting.com

USA0010057

Page 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

BEFORE THE FEDERAL GRAND JURY

- - -

Stenographic transcript of the

proceedings and evidence presented before the

Federal Corruption/Labor/Tax Grand Jury of

the United States District Court for the

Eastern District of Pennsylvania, at the

Robert N. C. Nix Federal Building, 900 Market

Street, 6th Floor, Room 2, Philadelphia,

Pennsylvania, on Tuesday, May 16, 2017,

commencing at 11:05 a.m., before Donna Bucci

Stein, Registered Professional Reporter and

Notary Public.

- - -

TESTIMONY OF SHAHIED AQUIL DAWAN

- - -

APPEARANCES:

        ERIC GIBSON, ESQUIRE
        Assistant United States
        Attorney

        - - -

Page 2

1                       DONNA BUCCI STEIN, Registered

2        Professional Reporter, sworn.

3                            - - -

4                       SHAHIED AQUIL DAWAN, after

5        having affirmed, was examined and testified as

6        follows:

7                            - - -

8                       THE REPORTER:  Will you state

9        and spell your name for the record, please?

10                      THE WITNESS:  Shahied,

11       S-H-A-H-I-E-D, Aquil, A-Q-U-I-L, last name

12       Dawan, D-A-W-A-N.

13                      THE REPORTER:  Thank you.

14                           - - -

15                      EXAMINATION

16                           - - -

17       BY MR. GIBSON:

18       Q     Good morning, sir.

19       A     Good morning.

20       Q     Thank you for coming down today.

21                      You understand you were

22       subpoenaed to appear here before this Grand

23       Jury.  Is that correct?

24       A     Yes.

25       Q     I understand that counsel accompanied

Page 3

```
 1   you here today.  Is that correct?

 2   A    Yes.

 3   Q    Could you identify counsel for the

 4   record, please?

 5   A    His name is Mu'min Islam.

 6   Q    Now, sir, you are employed by an entity

 7   called Universal Companies.  Is that correct?

 8   A    Technically Universal Community Homes.

 9   Q    What is your role at Universal Community

10   Homes?

11   A    Chief Financial Officer.

12   Q    We'll get to what the Chief Financial

13   Officer does in a moment.  I just want to make

14   sure that we're clear.  Mr. Islam represents

15   Universal Community Homes.  Is that correct?

16   A    My counsel?

17   Q    Yes.

18   A    Yes, he does.

19   Q    So, as one of the officers of Universal

20   Community Homes Mr. Islam is here in his

21   capacity as a lawyer for the company

22   representing you.  Is that correct?

23   A    That's correct.

24   Q    As opposed to representing you

25   personally outside of your business
```

USA0010060

Page 4

1   relationship with Universal Community Homes?

2   A     That's correct.

3   Q     When you were subpoenaed to appear here

4   today there was a series of -- an Advice of

5   Rights Form attached to your subpoena.  Do you

6   recall that?

7   A     Yes.

8   Q     Did you go over that with Mr. Islam?

9   A     No, I didn't.

10  Q     We discussed that a little bit earlier

11  this morning.  Is that correct?

12  A     Yes.  I did read it.

13  Q     I'm going to go over those rights with

14  you again right now to make sure we

15  understand.  If there's any problem or any

16  question, you can talk to Mr. Islam at any

17  point in time.  Okay?

18  A     Yes.

19  Q     Do you understand that you have an

20  obligation to tell the truth to this Grand

21  Jury?  Obviously you took an oath to tell the

22  truth.  Is that correct?

23  A     Yes.

24  Q     What that means is you cannot

25  affirmatively mislead this Grand Jury either

Page 5

1    by direct testimony that's incorrect or by

2    withholding material facts.  Do you understand

3    that?

4    A    Yes.

5    Q    If that were to happen, and I'm not

6    saying that it would, but if it were to

7    happen, that could result in an additional

8    investigation for obstruction of justice or

9    perjury or the like.  Do you understand?

10   A    Yes.

11   Q    Having something that, every witness

12   that appears here before the Grand has a 5th

13   Amendment right against self-incrimination.

14   What that means is, if I ask you a question

15   and an honest answer to that question would

16   incriminate you personally, you could decline

17   to answer based on the 5th Amendment to the

18   United States Constitution.  Do you understand

19   that?

20   A    Yes.

21   Q    That right is personal to you.  What I

22   mean by that is, if I ask you a question an

23   honest answer to which would tend to

24   incriminate anybody else but not you, sir, the

25   5th Amendment is not a vehicle to decline to

USA0010062

**FEDERAL GRAND JURY**                    **SHAHIED AQUIL DAWAN, 5/16/17**

Page 6

1    answer the question.  Do you understand that?

2    A    Yes.

3    Q    You also have a right to representation

4    in these proceedings.  As we've discussed,

5    there's a lawyer here with you today.  Is that

6    correct?

7    A    Yes.

8    Q    If at any point in time you wish to

9    consult with counsel regarding any of the

10   questions that are put to you before this

11   Grand Jury you may do so.  Do you understand

12   that?

13   A    Yes.

14   Q    You just need to let me know because

15   otherwise we won't know to take a break.

16   Okay?

17   A    Sure.

18   Q    Do you understand everything that I've

19   said so far?

20   A    Yes.

21   Q    Do you have any questions about that?

22   A    No, I don't.

23   Q    Now, please tell us, what exactly does

24   the Chief Financial Officer for Universal

25   Community Homes do?  Can you just kind of give

**FEDERAL GRAND JURY**                    **SHAHIED AQUIL DAWAN, 5/16/17**

Page 7

1   us a thumbnail idea of what your

2   responsibilities are?

3   A      I manage the financial operations of the

4   company.  I handle -- all of the accounting

5   operations report to me, such as payroll;

6   accounts payable; audits; all aspects of the

7   financial operations.

8   Q      In connection with that is it safe to

9   assume -- well, let me ask it this way

10  actually.  Universal Community Homes for

11  accounting purposes uses a software program

12  called QuickBooks.  Is that correct?

13  A      Yes.

14  Q      In connection with your responsibilities

15  as CFO, am I correct that you are familiar

16  with the QuickBooks program?

17  A      Yes.

18  Q      You recognize data going in, data coming

19  out, how to use the program, and so forth.  Is

20  that fair to say?

21  A      Yes.

22  Q      Now, you're the CFO.  Is there a Chief

23  Operating Officer?

24  A      Not at this time.

25  Q      Was there a Chief Operating Officer?

Page 8

1   A     Periodically they come and go.

2   Q     Let's talk about how Universal is

3   organized then.  Who's in charge?

4   A     At the top is the Chief Executive

5   Officer.

6   Q     Who is the Chief Executive Officer?

7   A     Abdur-Rahim Islam.

8   Q     Would you mind being so kind as to spell

9   Mr. Adbur-Rahim Islam's name for our

10  stenographer, please?

11  A     A-B-D-U-R hyphen R-A-H-I-M, last name

12  I-S-L-A-M.

13  Q     Mr. Islam, the CEO, is not related to

14  Mr. Islam, counsel here, for --

15  A     Yes, he is.

16  Q     He is?

17  A     Yes.

18  Q     How are they related?

19  A     Rahim Islam is his father.

20  Q     Oh, okay.  You said there has been a COO

21  from time to time.  When was the last time you

22  had a COO?

23  A     About a year ago.

24  Q     Who was that?

25  A     George Borrell.

USA0010065

Page 9

1   Q     How long was Mr. Borrell Chief Operating

2   Officer?

3   A     I believe about two years.

4   Q     So, if he left last year in 2016 we're

5   talking about calendar year 2014, 2015.  Does

6   that sound about right?

7   A     I believe so.

8   Q     Now, Mr. Borrell, he was formally a City

9   Councilman here in the City, wasn't he?

10  A     Correct.

11  Q     He also ran for Mayor at one point in

12  time I believe?

13  A     I believe so.

14  Q     The position has been vacant since Mr.

15  Borrell left.  Is that right?

16  A     That's correct.

17  Q     Are there any other officers that we

18  haven't spoken about?

19  A     Not in Universal Community Homes at that

20  level.

21  Q     Now, Universal Community Homes, that

22  comes under the umbrella of Universal

23  Companies.  Is that correct?

24  A     Universal Companies is more of a

25  trademark moniker.  So, when you say Universal

FEDERAL GRAND JURY                              SHAHIED AQUIL DAWAN, 5/16/17

                                                             Page 10

1   Companies, it can be any -- it's not an

2   operating company.  So, it could be any entity

3   that is a Universal Company.

4   Q    So, how would you characterize Community

5   Home's relationship to Universal Companies?

6   Is it a subsidiary?

7   A    It's not a subsidiary.  It's a

8   stand-alone corporation.  I would say it's not

9   technically the corporation.  There aren't any

10  real subsidiaries, but it would be -- it was

11  the first corporation.

12  Q    Okay.  Universal Companies, does it

13  share any leadership with Universal Community

14  Homes?  In other words, is Mr. Abdur Islam in

15  a position of leadership in Universal

16  Companies like he is in Universal Community

17  Homes?

18  A    Universal Companies has no -- it doesn't

19  have any operations.  It's just a trademark

20  symbol.  It's a trademark name.  So, when

21  people say Universal Companies, they may be

22  referring to Universal Community Homes because

23  technically Universal Companies is not an

24  operating entity.  Are you following me on

25  that?

**FEDERAL GRAND JURY**                    **SHAHIED AQUIL DAWAN, 5/16/17**

Page 11

1   Q     I think so.  So, Universal Companies

2   doesn't have a payroll.  Is that right?

3   A     Right.  It doesn't have any operations.

4   Q     So, it also doesn't sign contracts with

5   anybody?

6   A     That's correct.

7   Q     But Universal Community Homes does.  Is

8   that right?

9   A     Yes.

10  Q     So, what does Universal Community Homes

11  do?  How would you describe --

12  A     Universal Community Homes is a

13  comprehensive community development

14  corporation.  We develop real estate.  We

15  manage education and social services.

16  Q     So, let me just go back to Universal

17  Companies just for one second.  Does Universal

18  Companies have a founder?  Is there somebody

19  responsible for creating that trademark name?

20  A     Universal Community Homes created it.

21  Q     Universal Community Homes created

22  Universal Companies?

23  A     Correct.

24  Q     I see.  What was the purpose of

25  Universal Community Homes creating Universal

USA0010068

Page 12

1   Companies?  What need did that fill?

2   A     It's a trademark.  When you see our

3   logo, you'll see it's a U C that's the logo.

4   So, it's like you trademark a logo.

5   Q     There are also a number of charter

6   schools and educational entities associated

7   with the Universal name.  Is that correct?

8   A     That's correct.

9   Q     Should I understand Universal Education

10  Companies to be an umbrella organization for

11  the individual charter schools or how would

12  you characterize that?

13  A     Universal Education Companies is another

14  corporation.  That corporation has contracts

15  with the charter schools to manage the charter

16  schools.  So it's charter school is its own

17  separate corporation.

18  Q     If I'm understanding you correctly, each

19  charter school then hires Universal Education

20  Companies to provide certain support.  Is that

21  correct?

22  A     Correct.

23  Q     What kind of support are we talking

24  about?

25  A     Education support and back-office

USA0010069

**FEDERAL GRAND JURY**                                              **SHAHIED AQUIL DAWAN, 5/16/17**

Page 13

1   support.  When I say back-office support, you

2   have HR; facilities and management;

3   technologies management; of course accounting

4   management.  So, anything -- payroll; anything

5   that you need to operation a business.

6   Q     Sort of like on the administrative end?

7   Is that what I'm hearing?

8   A     Yes.

9   Q     Management; that sort of thing?

10   A     You have education management which is

11   all of the academic management, plus all of

12   the back-office operations.

13   Q     So, if I were looking at Universal

14   Bluford Charter School, for example, the

15   management at that charter school I would

16   expect to be provided by Universal Education

17   Companies?

18   A     There is a principal there and assistant

19   principals.

20   Q     Forgive me.  Management was

21   inarticulate.  Administrative support like the

22   things we were talking about before?

23   A     Yes.

24   Q     Who does the hiring for the charter

25   schools?  Is that Universal Education

USA0010070

Page 14

1    Companies or is that the individual charter

2    schools?

3    A      The individual charter schools.

4    Q      We already talked about Bluford.  That's

5    one.  Is that correct?

6    A      Yes.  That's correct.

7    Q      Then there's a Universal Audenried

8    Charter School.  Is that right?

9    A      Yes.

10   Q      And a Universal Daroff?

11   A      Yes.

12   Q      D-A-R-O-F-F, and if I could spell

13   Audenried it's A-U-D-E-N-R-I-E-D.

14                  There's also a Universal

15   Creighton Charter School.  Is that right?

16   A      Creighton, yes.

17   Q      C-R-E-I-G-H-T-O-N.  Is that correct?

18   A      That's correct.

19   Q      Is there a Universal Alcorn,

20   A-L-C-O-R-N, Charter School?

21   A      That's correct.

22   Q      And a Universal Institute Charter

23   School.  Is that right?

24   A      That's correct.

25   Q      And Universal Vare Charter School?

USA0010071

Page 15

1    A      That's correct.

2    Q      V-A-R-E.  There's also one in

3    Milwaukee.  Is that right?

4    A      There are.  We closed that one.

5    Q      What was the entity that was in

6    Milwaukee that's since been closed?

7    A      Universal Academy for the College Bound.

8    Q      Academy for the College Bound?

9    A      Yes.

10   Q      Is there overlap between the leadership

11   of Universal Education Companies and Universal

12   Community Homes?  For example, are you the CFO

13   for Universal Education Companies as well?

14   A      Yes.

15   Q      Who is the CEO for Universal Education

16   Companies?

17   A      Abdur-Rahim Islam.

18   Q      Was Mr. Borrell for a period of time

19   also Chief Operating Officer of Universal

20   Education Companies as well?

21   A      No.

22   Q      No relationship between Mr. Borrell and

23   the education aspect?

24   A      No.  No.

25   Q      Who created Universal Education

USA0010072

**FEDERAL GRAND JURY**                    **SHAHIED AQUIL DAWAN, 5/16/17**

Page 16

1    Companies?  Was that Mr. Islam?

2    A      Universal Community Homes.

3    Q      Under the leadership of Mr. Islam.  Is

4    that correct?

5    A      That's correct.

6    Q      Who as Chief Financial Officer do you

7    report to directly, sir?

8    A      To Mr. Islam.

9    Q      How long has Mr. Islam been affiliated

10   with Universal Community Homes?

11   A      Twenty-four years.

12   Q      Just so we understand the kind of

13   timeline here, about when did Universal

14   Education Companies come into being on that

15   timeline.  If Universal Community Homes has

16   been around for twenty-four years how long has

17   Universal Education been around?

18   A      Around 2002.

19   Q      Let's focus on Community Homes for a

20   second.  Remind me, how did you characterize

21   what Universal Community Homes does?

22   A      It's a community development

23   corporation.  We manage education, we develop

24   real estate -- affordable real estate in the

25   market of real estate, and we provide social

USA0010073

Page 17

1    services.

2    Q      So, the community development piece,

3    that's connected to the real estate.  Is that

4    right?

5    A      Well, community development is when you

6    want to improve a neighborhood.  So, when

7    you're looking at the systems in a

8    neighborhood, you're looking at the economics

9    in the neighborhood; how many business are

10   there.  You're looking at the level of

11   education.  You're looking at the level of

12   health.  So, it's all of the things that a

13   vibrant community should have and you put

14   together different projects to improve the

15   community.

16   Q      Does that involve the acquisition of

17   real estate?  Does Universal Community Homes

18   actually purchase real estate?

19   A      Absolutely.

20   Q      Universal Community Homes, is that a

21   profit or nonprofit?

22   A      Nonprofit.

23   Q      Does Community Homes have any

24   partnerships with respect to community

25   development?  Are there any entities that

USA0010074

Page 18

1    Community Homes regularly deals with in this

2    process?

3    A     Yes.  We will partner with other

4    entities to do developments.

5    Q     Have you ever heard of an individual

6    named Carl Dranoff?

7    A     Yes.

8    Q     How do you know Mr. Dranoff?

9    A     He has been a person that we've partner

10   with his company to do developments.

11   Q     What kind of developments, sir?

12   A     Carl does mostly larger developments;

13   so, larger housing developments.

14   Q     When I hear housing, are you talking

15   about, say, an apartment building versus, say,

16   single family homes?

17   A     Apartment buildings, yes.

18   Q     How about Ori Feibush?

19   A     Yes.

20   Q     Have you dealt with him?  Has Universal

21   partnered with him?  What's the relationship,

22   if any, with Mr. Feibush?

23   A     To date we haven't had a formal

24   partnership with him.

25   Q     Have you consulted with Mr. Feibush over

USA0010075

Page 19

1   any projects in terms of acquisition of any --

2   A     No.  I don't believe so, no.

3   Q     How about Penrose Social Services?

4   A     Penrose Properties.

5   Q     Or Independent Partnership?

6   A     Penrose Properties.

7   Q     What's Penrose Properties?

8   A     Penrose Properties is a -- they're a

9   rather large development firm.  We've done

10  many projects with them.

11  Q     Can you give me an example, just kind of

12  a thumbnail --

13  A     If you look east of Broad Street which

14  was the MLK -- it used to be called MLK

15  Projects but now it's called Hawthorne

16  Development.  We imploded the towers there.

17  If you look at the Schuylkill Falls Project,

18  it used to be called East Falls Projects.  We

19  have done a lot of projects with him.

20  Q     Are you familiar with a property called

21  the Royal Theater?

22  A     Yes, sir.

23  Q     How did you become aware or what was

24  your first -- how did it come across your

25  radar?  Let's ask it that way.

USA0010076

FEDERAL GRAND JURY                    SHAHIED AQUIL DAWAN, 5/16/17

Page 20

1   A     The Royal Theater is a property on the

2   1500-block of South Street.  It was offered to

3   us by the Preservation Alliance back in the

4   year 2000, as we tried to improve the

5   neighborhood there.

6   Q     What does that mean, it was offered to

7   you?  Did you purchase it?

8   A     Yes, we did.  They offered it to us

9   because they could not develop it into -- they

10  could not develop it.

11  Q     How much did Universal pay for the

12  property?

13  A     Around $300,000.

14  Q     The goal was to have Universal develop

15  that location?

16  A     Well, yes.  We saw it as part of the

17  redevelopment of South Street from Broad

18  Street to 16th Street.  We had a master plan

19  for development of an entertainment area

20  there.  Of course since it's our mission to

21  include the community through economics, we

22  saw it as a way to develop jobs and develop

23  businesses where people could be employed.

24  So, it was part of our long-term strategy.

25  Q     How did Universal finance the purchase

USA0010077

Page 21

1    of the Royal Theater?

2    A     I believe it was through a grant from

3    the Commerce Department.

4    Q     A grant from the federal Commerce

5    Department?

6    A     No, the City of Philadelphia.

7    Q     The City of Philadelphia Commerce

8    Department?

9    A     Yes.

10   Q     Did the City of Philadelphia Commerce

11   Department provide the entire $300,000 for the

12   purchase?

13   A     I believe they did.

14   Q     They did.  Okay.  So, Universal applied

15   for a grant to the city, the city gave them

16   the grant, Universal then turned around and

17   used the grant money to purchase the Royal

18   Theater?

19   A     That's correct.

20   Q     About when was the purchase of the Royal

21   Theater by Universal?

22   A     2000.

23   Q     The Universal -- excuse me.  The Royal

24   Theater, that's considered a historic

25   property, isn't it?

USA0010078

Page 22

1    A     That's correct.

2    Q     Was Universal given any additional

3    funding over the years from the city or any

4    other government entity to maintain or restore

5    the theater?

6    A     I think we did receive a small $50,000

7    grant for maintenance from the state.

8    Q     Do you recall about when that was

9    approximately?

10   A     Maybe around 2008; something like that.

11   Q     Now, at the time that Universal acquired

12   the property it was not in operation.

13   Correct?

14   A     That's correct.

15   Q     In fact, does Universal still hold that

16   property?

17   A     No, we do not.

18   Q     Am I correct that during the entire life

19   of Universal's ownership of that property it

20   remained vacant or inactive?

21   A     That's correct.

22   Q     When did Universal -- did Universal sell

23   the property?

24   A     Yes, we did.

25   Q     When did that happen?

USA0010079

**FEDERAL GRAND JURY**                    **SHAHIED AQUIL DAWAN, 5/16/17**

Page 23

```
 1    A      Last year.

 2    Q      2016?

 3    A      Yes.

 4    Q      So, it was acquired in 2000 and sold in

 5    2016.  Is that correct?

 6    A      Yes.

 7    Q      When Universal acquired the property do

 8    you recall -- describe that neighborhood for

 9    us.  Is that a residential neighborhood?

10    A      On South Street it's commercial retail

11    on South Street.  Of course the neighborhood

12    was in very bad condition with a lot of vacant

13    properties all over the place, even on South

14    Street and throughout the community.  There

15    were a lot of vacancies there.

16    Q      In order to obtain the public finding

17    for the purchase of the theater were there any

18    restrictions placed on what you could do with

19    the property?

20    A      Only the historic restriction for the

21    facade.

22    Q      Give us an idea of what that means.

23    A      So, you have a building.  It goes from

24    street to street straight through and just the

25    front facade three feet could not be changed.
```

**FEDERAL GRAND JURY**                    **SHAHIED AQUIL DAWAN, 5/16/17**

Page 24

```
 1   So, that was the historic designation.  So, no
 2   matter what you did with the rest of the
 3   building, the front could not be changed.
 4   Q    Was there some sort of development plan
 5   that Universal had in place when you
 6   originally acquired the property?
 7   A    Only this initial thought of turning it
 8   into some kind of entertainment district from
 9   Broad Street to 16th.  That began our journey
10   on trying to come up with a feasible use for
11   the property over the years.
12   Q    Any of the plans that Universal put in
13   place to develop that property, were any of
14   them successful?
15   A    None of them were economically
16   feasible.  We spent a tremendous amount of
17   money over the years looking at different
18   types of plans, from a dinner theater to a
19   mixed use of residential and commercial;
20   turning it back into a movie theater; a
21   playhouse.  There were many, many plans.
22   Q    Do you know what Act 135 is, sir?
23   A    Yes.
24   Q    Can you describe that for us?  What is
25   that?
```

**FEDERAL GRAND JURY**                              **SHAHIED AQUIL DAWAN, 5/16/17**

Page 25

1   A    Act 135 is when somebody that has close

2   proximity to a vacant property can file to

3   obtain the property and put it in use.  They

4   file a claim in court.

5   Q    Was there such a claim filed in about

6   May of 2013 regarding the Royal Theater?

7   A    Yes.

8   Q    Do you know who did that?

9   A    A neighbor by the name of Juan Levy.

10  Q    Would you mind spelling his name for us,

11  please?

12  A    J-U-A-N, L-E-V-Y.

13  Q    As a result of that, if Mr. Levy's

14  filing was successful, Universal would lose

15  the property.  Correct?

16  A    We would have lost our right to develop

17  the property.  There are some technical --

18  legal technical issues with that.  Even if the

19  person is successful, they still have to

20  compensate the owner.  So, it's not like they

21  just take the property.  There's still some

22  compensation rights for the owner.

23  Q    As opposed to Universal negotiating some

24  sale, this is going to be one that's imposed

25  on Universal.  Is that correct?

USA0010082

Page 26

1   A     That's correct.

2   Q     The amount of compensation is not going

3   to be determined by Universal.  It's going to

4   be determined in another form.  Is that

5   correct?

6   A     Yes.

7   Q     So, it's safe to say that's not

8   something Universal was happy about.  Is that

9   correct?

10  A     That's correct.

11  Q     Of course.  I mean you have the property

12  and you want to develop it and somebody is

13  trying to take responsibility for that.  Is

14  that right?

15  A     That's correct.  We had spent over a

16  million dollars on maintenance and upkeep on

17  the property for all those years.

18  Q     Universal spent over a million dollars

19  for upkeep and maintenance?

20  A     I believe that's the number.  It's

21  something like that.

22  Q     What kind of maintenance was being put

23  into the property?

24  A     New roofing; a new downspouting system.

25  It's constant repairs:  new sidewalks; snow

Page 27

1  removal; vegetation removal.  It was

2  constant.  It was nonstop.  It's a very large

3  building and we had to keep it safe.

4  Q    While Universal had the property it was

5  taking care of all of those things.  Is that

6  correct?

7  A    Yes, insurance; taxes.

8  Q    Did Mr. Dranoff come to be involved in

9  the Royal Theater at all?

10  A    Yes.

11  Q    How did that happen?

12  A    We came to a stumbling block with

13  getting the approval for renovation of the

14  historic property.  So, we had to get the

15  Historic Commission to approve our plans for

16  renovations.  We came to a stumbling block.

17  The State had awarded us $2.2 million to

18  assist in renovations and we were stuck.

19  Q    So, Mr. Dranoff was brought in for what

20  purpose?

21  A    To provide advice on development of the

22  property.

23  Q    Was Universal able to fend off Act 135?

24  A    Eventually, yes.

25  Q    How did that happen?

USA0010084

Page 28

1    A     We hired an attorney.

2    Q     Was Mr. Dranoff's plans for the property

3    in any way involved in fending off Act 135?

4    A     I believe so, his involvement, yes.

5    Q     Now, you indicated already that at some

6    point Universal sold the property.  Is that

7    correct?

8    A     Yes, we did.

9    Q     Was there a zoning issue that impacted

10   your ability to sell the property at any point

11   in time?

12   A     No.  Not that I believe, no; not that I

13   remember.

14   Q     Had Universal ever sought to rezone the

15   Royal Theater?

16   A     As long as it was going to be a

17   commercial entertainment type venue we did not

18   need zoning.  When we changed our development

19   plan to mixed use, it needed zoning.  When I

20   say mixed use, doing some residential housing

21   and keeping the commercial area.

22   Q     Who is Mr. Kenyatta Johnson, sir?

23   A     Councilman Johnson?

24   Q     Yes.

25   A     He's our City Councilperson.

USA0010085

**FEDERAL GRAND JURY**                    **SHAHIED AQUIL DAWAN, 5/16/17**

Page 29

1    Q    Just pretend for a moment that these

2    folks aren't all from Philadelphia and tell us

3    who Mr. Johnson is.

4    A    He's our Councilperson.

5    Q    How long has Mr. Johnson been your

6    Councilperson?

7    A    As long as he has been in office.  I

8    don't know how long it's been.

9    Q    When you say you, are you talking about

10   you live in his particular area or Universal

11   is located in his area?

12   A    Universal is located in his district,

13   yes.

14   Q    Are you familiar with Mr. Johnson's

15   wife?

16   A    Yes.

17   Q    Who is Mr. Johnson married to?

18   A    Dawn Chavous.

19   Q    That's C-H-A-V-O-U-S.  Is that right?

20   A    I believe so.

21   Q    Did Ms. Chavous at any point in time

22   ever have a relationship with Universal?

23   A    Yes.

24   Q    How did she come to have a relationship

25   with Universal?

**FEDERAL GRAND JURY**                    **SHAHIED AQUIL DAWAN, 5/16/17**

Page 30

1   A      I believe that our CEO, Rahim, had

2   recruited her to support our education effort,

3   our fund development for education.

4   Q      An education effort?

5   A      Yes.

6   Q      On the charter school side.  Is that

7   correct?

8   A      Correct.

9   Q      Am I right at some point in time it was

10  Mr. Feibush who attempted to get a

11  conservatorship over the Royal Theater?  Is

12  that right?

13  A      From what I understand from the legal

14  documents, he never formally filed for the Act

15  135.  It was only Mr. Levy.

16  Q      It was only Mr. Levy?

17  A      Yes.

18  Q      You indicated that -- we talked about a

19  $50,000 grant being obtained by Universal for

20  work on the Royal Theater.  Is that right?

21  A      Yes.

22  Q      That was about 2013.  Is that right?

23  A      I believe it was around 2008.

24  Q      2008?

25  A      Yes.

USA0010087

Q Wasn't there a restrictive covenant that the building had to be preserved for fifteen years consistent with the historical nature of the property?

A As long as you comply with the historical side portion of it I believe that was the only real restrictions. Everything else could be waived upon a request.

Q A request of the commission that gave you the grant?

A A fund requesting their permission.

Q So, if you wanted to do any kind of construction, alteration, rehabilitation, remodeling you would have to go to the Pennsylvania Historical Museum Commission to get their permission to do whatever you envisioned for the property. Is that correct?

A That's correct.

Q Do you happen to know whether or not Mr. Abdur-Rahim Islam made any political contributions to Mr. Johnson's campaign?

A I wouldn't know.

Q You wouldn't know?

A No.

Q Did you make any contributions to Mr.

Page 32

1    Johnson?

2    A     Yes.

3    Q     How many times?

4    A     Actually, I don't remember.

5    Q     More than once?

6    A     Probably a couple of times.

7    Q     Do you recall about how much?

8    A     No, I don't.

9    Q     When did Ms. Chavous start consulting

10   for Universal Community Homes?

11   A     That was in, I believe, the spring of

12   2013.

13   Q     At the time that Ms. Chavous began

14   consulting on the educational side of

15   Universal is it fair to say that Universal was

16   still trying to develop the Royal Theater

17   around that point in time, 2013?

18   A     Yes.

19   Q     If you don't mind I'm going to approach

20   you, sir, and I'm going to hand you some of

21   the documents that we talked about earlier.

22   Now, what's been marked as Universal Number 1,

23   which is the front page of that document

24   there, that's a spreadsheet generated by

25   QuickBooks, is that correct, out of the

Page 33

1    records you provide us?

2    A    It appears to be, yes.

3    Q    In particular what is Royal Property

4    Sales?  What does that reflect in your

5    QuickBooks?

6    A    The sale of the Royal property.

7    Q    The Royal Theater?

8    A    The Royal Theater, yes.

9    Q    So, for example, Dranoff Properties, the

10   third entry in here, 9/27/2016, do you see

11   that at the top?

12   A    Yes.

13   Q    Mr. Dranoff's firm received $731,000 and

14   change from Universal for its work on the

15   Royal Theater.  Is that right?

16   A    That's correct.

17   Q    What did Universal get for this $731,000

18   sent to Mr. Dranoff?

19   A    Well, from the time they became involved

20   in 2013 through the time that we decided that

21   we were going to sell the property we had the

22   leadership of his firm helping us getting

23   through city planning; get us through the

24   Historical Commission.  It got us through all

25   of the aspects of getting ready to build a

USA0010090

Page 34

 1  project.  It's architectural.  It's

 2  everything.

 3  Q    I see.  Correct me if I'm wrong, but if

 4  someone needs to have zoning changes made to

 5  accommodate to a particular development plan

 6  there are basically two ways to do that with

 7  the City.  The first is, you go to the Zoning

 8  Board of Adjustment.  Is that right?  You get

 9  a zoning variance for a specific property with

10  the Zoning Board?

11  A    In the short version, I will say yes to

12  that part it.

13  Q    Okay.  Please explain it to me.

14  A    Before you get there you have to go to

15  the Registered Community Organization, RCO,

16  which can take quite a while to get through.

17  So, that's the first step.  If you're able to

18  get through that process, then you can move on

19  to your number one, which is getting to the

20  Zoning Board.

21  Q    That's one way to do it, right, you go

22  to the Zoning Board?

23  A    That's correct.

24  Q    The other way is City Council could

25  introduce a bill and change the zoning for a

USA0010091

**FEDERAL GRAND JURY**                                **SHAHIED AQUIL DAWAN, 5/16/17**

Page 35

1   particular area in the city at the City

2   Council level.  Is that right?

3   A     Correct, but you still can't jump over

4   the first part of it.  So, on either one of

5   your options you still have to do the up-front

6   work.

7   Q     But I am right, am I not, that either

8   the Zoning Board can make the change or City

9   Council can make the change after you've done

10  the ground work for your plan.  Correct?

11  A     Correct.

12  Q     City Council does need the approval of

13  the Zoning Board to, kind of, trump the Zoning

14  Board.  Is that fair to say?

15  A     I don't know the technical aspects of it

16  like that.  I just know there are two ways you

17  can get zoning.

18  Q     Am I correct that Mr. Johnson was on

19  City Council certainly in 2014 when Universal

20  was interested in having some zoning variances

21  made for the Universal theater?  Is that

22  correct?

23  A     Yes.

24  Q     At the same time Ms. Chavous was working

25  for Universal as a consultant.  Is that

**FEDERAL GRAND JURY**                    **SHAHIED AQUIL DAWAN, 5/16/17**

Page 36

1   correct?

2   A      Yes.

3   Q      So, if you could flip over to the next

4   document, this is Universal 2.  I just want

5   you to identify that for us.  This is the

6   Settlement Statement for Universal's purchase

7   of the Royal Theater.  Is that right?

8   A      Yes.  You mean for the sale?

9   Q      For the sale.

10  A      Yes.

11  Q      This is a document you provided to us

12  pursuant to our subpoena.  Is that right?

13  A      Yes.

14  Q      If you could go to Universal 3, which is

15  the next document, this is an Agreement for

16  Performance of Consulting Services for Ms.

17  Chavous' consulting firm.  Is that right?

18  A      Yes.

19  Q      Take your time.  I'm not going to go too

20  fast.

21  A      It's okay.

22  Q      This is dated -- obviously there was a

23  typewritten date effective April 19th but that

24  was changed to May 1st.  This was executed by

25  you at the back page on 6/10/2013.  Is that

USA0010093

FEDERAL GRAND JURY                          SHAHIED AQUIL DAWAN, 5/16/17

Page 37

1   right?

2   A     Yes.

3   Q     So, this is the copy that Universal had

4   that you would send out presumably to Ms.

5   Chavous.  So, when we asked you for documents

6   this is what came back to us.

7   A     Okay.

8   Q     Okay?

9   A     Yes.

10  Q     When you say Ms. Chavous was consulting

11  on the education side, what exactly was she

12  doing?

13  A     Well, in the environment at that time

14  there were people that were pro charter and

15  anti charter.  So, the people that were pro

16  charter were supporting charters by providing

17  grants or they would provide -- when I said

18  grants, they would provide you with

19  donations.  In this pro charter versus not pro

20  charter you have to stay out there and keep

21  pushing your agenda.  So, she was in those

22  circles, and we needed someone to do this kind

23  of P.R. work for us.  That's what she does.

24  That was her area of expertise from what we

25  understood.

USA0010094

FEDERAL GRAND JURY                    SHAHIED AQUIL DAWAN, 5/16/17

Page 38

1    Q     Who did Ms. Chavous report to at
2    Universal?
3    A     To Rahim.
4    Q     Is that typical?  Does he supervise all
5    of the consultants that work at Universal?
6    A     Not all of them, but someone at this
7    level, yes.
8    Q     This level meaning what exactly?
9    A     As the CEO his job is to do external
10   relations with people.  So, that's what she's
11   doing:  public relations.  She's not dealing
12   with the internal operations, things like I
13   do.  So, it's not unusual for someone like
14   this to be doing this type of work.
15   Q     Sir, if you could, flip over to
16   Universal 5 for a second.  I will come back to
17   4 in a moment.  This is a check from Universal
18   Community Homes for Ms. Chavous' consulting
19   firm.  Is that right?
20   A     Yes.
21   Q     For $13,500 dated August 2, 2013.  Is
22   that correct?
23   A     Yes.
24   Q     As CFO you can identify this as being
25   drawn on Universal's account.  Is that right?

USA0010095

**FEDERAL GRAND JURY**                              **SHAHIED AQUIL DAWAN, 5/16/17**

Page 39

 1   A      That's correct.

 2   Q      Who is the signatory on the Universal

 3   Community Homes --

 4   A      The top line is myself.  The second line

 5   is Rahim.

 6   Q      Whose signature do we see on this

 7   particular check?

 8   A      The top line?

 9   Q      This right here.  Whose signature is

10   this right here?  (Indicating.)

11   A      That's mine.

12   Q      That's yours?

13   A      Yes.

14   Q      If we go over to Universal 6 this is

15   another check in October of 2013 for $4,500.

16   Is that right?

17   A      Yes.

18   Q      Signed by you again.  Is that correct?

19   A      That's correct.

20   Q      Again to Chavous Consulting?

21   A      Yes.

22   Q      And then Universal 7 is another check,

23   this one for $18,000?

24   A      Yes.

25   Q      To Chavous Consulting, January 2, 2014?

USA0010096

**FEDERAL GRAND JURY**                              **SHAHIED AQUIL DAWAN, 5/16/17**

Page 40

1   A     Yes.

2   Q     And May 12, 2014 is the next one.

3   That's Universal 8 and that's $13,500.  Do you

4   see that?

5   A     Yes.

6   Q     Am I correct that's your signature,

7   also?

8   A     Yes.

9   Q     The last check -- let's look at

10  Universal 9.  That's October 2014 for

11  $17,250.  Is that right?

12  A     That's right.

13  Q     Again signed by you, sir.  Is that

14  right?

15  A     That's right.

16  Q     Now, if we can go back to 4, it's a

17  spreadsheet derived from your QuickBooks.  The

18  checks we just looked at total $66,750 over

19  the five payments there?

20  A     Yes.

21  Q     That first check to Ms. Chavous --

22  strike that.  I want to look at the second

23  check, Universal 6, dated October 8th of

24  2013.  Do you see that?

25  A     Yes.

FEDERAL GRAND JURY                         SHAHIED AQUIL DAWAN, 5/16/17

Page 41

1    Q     Forgive me.  It's Universal 9, the last

2    check for $17,250.  Were you aware of whether

3    or not any legislation was introduced in City

4    Council regarding the zoning for the Royal

5    Theater in October to 2014?

6    A     I don't recall the date, but I know we

7    were -- are you talking about the zoning

8    legislation?

9    Q     Yes, sir.

10   A     I don't recall the date, but if you're

11   saying October, then it was about that time.

12   Q     Does October 30th sound about right,

13   2014?

14   A     It was around about that time.

15   Q     Who introduced the proposal for the

16   zoning change at the City Council level?

17   A     I believe it was Councilman Johnson.

18   Q     Councilman Johnson married to Ms.

19   Chavous.  Is that correct?

20   A     I know they are not, but I don't know if

21   they were then.

22   Q     They're married now?

23   A     Yes.

24   Q     I just want to make sure that we're

25   talking about the same person.

USA0010098

**FEDERAL GRAND JURY**                    **SHAHIED AQUIL DAWAN, 5/16/17**

Page 42

1   A     Yes.

2   Q     The zoning change that was sought in Mr.

3   Johnson's proposal before the City Council,

4   that was something that Universal wanted.  Is

5   that correct?

6   A     Yes.

7   Q     It was favorable to Universal in other

8   words?

9   A     Yes.  It was part of the development

10  process.

11  Q     Now, do you recall speaking with the

12  agents about this back in March of this year,

13  towards the end of March?

14  A     When they came to my home?

15  Q     Yes, sir.

16  A     They came to my home and they asked me

17  some questions.

18  Q     I'm just asking you if you remember,

19  sir.  That's all.

20  A     They did come to my home, yes, at seven

21  o'clock in the morning and asked me some

22  questions, yes.

23  Q     Agent McManigal was one of them,

24  correct, the gentleman who was with me today?

25  A     Yes.

USA0010099

Page 43

1   Q    Do you remember being asked at that time

2   what Ms. Chavous had done for Universal in

3   terms of the consulting contact?

4   A    Yes, he did tell me that.

5   Q    Do you recall what you told the agents

6   at the time?

7   A    I told me, I believe, she had done some

8   consulting -- I'm going off of memory now.  I

9   believe that I told them that she had done

10  some consulting work for us, but I didn't know

11  exactly why and I would have to check my

12  records because I'm older than I look.  I

13  believe that was my response.  I told them I

14  was sixty-five and they were surprised.

15  Q    But the long and short of it was you

16  didn't have a specific recollection of what

17  Ms. Chavous had actually done for Universal

18  when they asked you that the first time?

19  A    No, I did not.

20  Q    Am I correct that Universal didn't issue

21  any 1099s for Ms. Chavous, IRS 1099s?

22  A    We only issue 1099s if it's not an LLC

23  or corporation.  If it would have been in her

24  name we would have issued a 1099.  We issue

25  plenty of 1099s every year.

USA0010100

**FEDERAL GRAND JURY**                    **SHAHIED AQUIL DAWAN, 5/16/17**

Page 44

1    Q    How much do you know about Chavous
2    Consulting, sir?
3    A    Me?
4    Q    Yes.
5    A    I have very little knowledge about that.
6    Q    Do you know if she has any employees?
7    A    I wouldn't know.
8    Q    Do you know if she has any other
9    clients?
10   A    I wouldn't know.
11   Q    Did you have any participation in the
12   decision to retain her as a consultant?  Was
13   that discussed with you?
14   A    No.  I better say I don't recall.
15   Q    Okay.  Fair enough.
16              $66,000, is that typical for
17   Universal as a nonprofit to pay a consultant
18   over the course of approximately twelve months
19   or so?
20   A    We pay more.
21   Q    You pay more?
22   A    Yes.
23   Q    Can you give me an example?
24   A    We had the Bearfield Group Consultants
25   which was a two-person team.  We paid them

Page 45

1    like a hundred grand.

2    Q    What did they do for you, not you

3    personally but for Universal?

4    A      Education consulting; organization

5    development.

6    Q    I just want to make sure I understand.

7    In terms of bringing Ms. Chavous on as a

8    consultant, there was no point in time in

9    which you participated in conversations about

10   what she would actually provide, what she had

11   done in the past, what her company -- what

12   their track record had been; that sort of

13   thing?  Am I understanding you correctly?

14   A    I'm going to say I don't recall.

15   Q    Does that mean there could have been

16   conversations and you don't recall them or are

17   you saying definitively that we weren't

18   involved in any of the conversations?

19   A    It might have come up in an executive

20   meeting.  I don't recall at this time.  We

21   have our executive session where it might have

22   been mentioned, but I don't recall.

23   Q    Who would have participated in an

24   executive session?  What would an executive

25   session look like at Universal?

USA0010102

Page 46

1    A     CEO; CFO,; COO.

2    Q     Do you recall ever discussing Ms.

3    Chavous with Mr. Borrell?

4    A     No, I don't.

5    Q     Do you recall any specific conversations

6    with Mr. Islam, not the attorney but Mr.

7    Islam, the CEO of Universal regarding Ms.

8    Chavous?

9    A     I don't recall.

10   Q     Did Ms. Chavous have anything to do with

11   the Community Homes side of the house?  Did

12   she do any work on the zoning issues or

13   property development or community development

14   or anything like that?

15   A     She may have touched on some of those

16   matters.

17   Q     In what way?  How would she have

18   contributed in that area?

19   A     I know we were trying to do something

20   called Promise Neighborhood.  I'm not sure

21   exactly, but she may have touched on those

22   topics.

23   Q     If you could take a look at Universal 10

24   for me, please, I'd just like you to

25   authenticate this for us.  This is an e-mail

USA0010103

FEDERAL GRAND JURY                           SHAHIED AQUIL DAWAN, 5/16/17

Page 47

1    provided by Universal regarding -- to the
2    Government in response to the subpoena for
3    documents relating to Mr. Chavous.  Is that
4    correct?
5    A    Yes.
6    Q    The Rahim mentioned in this, that's Mr.
7    Islam, correct, who you referred to as the
8    CEO?
9    A    Yes.
10   Q    And you were also contacted by Ms.
11   Chavous as the CFO?
12   A    Yes.
13   Q    And this is in respect to the account
14   that Ms. Chavous is signing in 2013.  Is that
15   correct?
16   A    That's correct.
17   Q    And then we have a series of invoices
18   starting at Universal 11, 12, 13 and 14 that
19   correspond with the checks that Universal
20   provided to Ms. Chavous.  Is that correct?
21   A    Yes.
22   Q    And these were provided by Universal in
23   response to our subpoena to your company,
24   sir.  Is that right?
25   A    Yes.

**FEDERAL GRAND JURY**                    **SHAHIED AQUIL DAWAN, 5/16/17**

Page 48

1   Q     Are you familiar with Anthony Williams,

2   sir?

3   A     Yes.

4   Q     Who is Mr. Anthony Williams?

5   A     You're referring to State Senator

6   Williams.

7   Q     Yes, sir.

8   A     He's State Senator Anthony Williams.

9   Q     What area does he represent?  Is he your

10  State Senator, for example?

11  A     Yes.

12  Q     Yours in terms of where you reside, or

13  yours in terms of where Universal is located,

14  or both?

15  A     Both.

16  Q     How long has Mr. Williams been your

17  State Senator?

18  A     As long as he's been a State Senator.

19  Q     Which is how long?  Again, sir, just

20  humor me.

21  A     I don't know, really.

22  Q     Twenty years?

23  A     I don't know.

24  Q     A long time, though.  Right?

25  A     A long time.

USA0010105

FEDERAL GRAND JURY                    SHAHIED AQUIL DAWAN, 5/16/17

Page 49

1   Q    Did Ms. Chavous work for Mr. Williams at
2   any point in time to your knowledge?
3   A    I wouldn't know.
4   Q    You wouldn't know?
5   A    No.
6   Q    If you could turn to Universal 15 for
7   us, please, this is an e-mail dated September
8   26, 2013 enclosing an invoice from Ms. Chavous
9   directly to you.  Is that right?
10  A    Yes.
11  Q    Now, when Mr. Johnson introduced the
12  zoning change for the Royal Theater, that
13  subsequently passed.  Is that correct?
14  A    Yes.
15  Q    As a result of that am I correct that
16  Universal was able to sell the property?
17  A    That was part of it.
18  Q    That was part of it?
19  A    Yes.
20  Q    Remind me again.  How much did Universal
21  pay for the property?
22  A    Around $300,000.
23  Q    Of grant money that had been provided by
24  the City.  Correct?
25  A    Yes.

USA0010106

FEDERAL GRAND JURY                                    SHAHIED AQUIL DAWAN, 5/16/17

Page 50

1   Q     How much did Universal sell the property

2   for?

3   A     $3.7 million.

4   Q     $3.7 million?

5   A     Yes.

6   Q     Where did the $3.7 million come from?

7   A     It's detailed in your Exhibit 1.

8   Q     Walk us through it.

9   A     $2.7 million to Universal; real estate

10  taxes $37 million; Dranoff Properties $731,000

11  or so; water $374.  There's another charge by

12  the city for $10,500 or so.  I don't know what

13  this $20,000 is for.  I think they -- $20,000

14  was held in escrow; gas; another maintenance

15  charge; $110,000 to Ori Feibush and

16  miscellaneous projects.  So, he tapped out at

17  five forty and some other expenses.

18  Q     How much of the $3.7 million did

19  Universal keep?

20  A     $2.7 million?

21  A     $2.7 million?

22  A     That's correct.

23  Q     At the time that the Royal Theater was

24  sold it was still undeveloped.  Right?

25  A     That's correct.

**FEDERAL GRAND JURY**                    **SHAHIED AQUIL DAWAN, 5/16/17**

Page 51

1   Q    So, you sold it to somebody else for

2   $3.7 million, you being Universal sold it for

3   $3.7 million to somebody else to develop and

4   $2.7 million back went to Universal?

5   A    That's correct.

6   Q    We talked about the charter schools that

7   had operated by -- actually, let me ask you

8   this.

9              Are you familiar with a

10  property at 1300 Bainbridge here in the city?

11  A    Yes.

12  Q    What's at 1300 Bainbridge?

13  A    1301 Bainbridge?

14  Q    13th and Bainbridge?

15  A    It's about 1300 or 1301.

16  Q    Does Universal have any properties at

17  that location?

18  A    Yes.

19  Q    What exactly does Universal have at that

20  location, the 1300-block of Bainbridge?

21  A    There's a lot there that we have an

22  interest in with the Philadelphia Housing

23  Authority.  We're forty-nine percent

24  partners.  PHA has fifty-one percent.  The

25  reason why we have an interest in that lot is

1    because when they began developing the Martin

2    Luther King Housing Project in 1997 we helped

3    develop just under three hundred units there

4    of affordable rental and for sale housing.  We

5    did get a development fee.  Part of the deal

6    was that we would develop that lot and we

7    would gain our fee from the development of

8    that lot.  That's our interest in that lot.

9    Q    Is the lot developed today as we sit

10   here?

11   A    No, it's not.

12   Q    Why is that?

13   A    There are many reasons why you can't get

14   a project to development.  There are a lot of

15   stumbling blocks between our partner and --

16   Q    Who is your partner in the project?

17   A    PHA.

18   Q    What about Penrose Social Services or

19   UniTEN Partnership, are they involved?

20   A    No, they are not involved.

21   Q    Not at all?

22   A    No.

23   Q    Does UniTEN own any property, also?

24   A    Well, UniTEN -- the MLK development is

25   divided up in to about three different tax

**FEDERAL GRAND JURY**                          **SHAHIED AQUIL DAWAN, 5/16/17**

Page 53

1   credit partnerships.  So, that's where UniTEN

2   comes in.  In those UniTEN partnerships we're

3   partners with Penrose.

4   Q     Have there been any neighborhood

5   complaints about the Universal property on the

6   1300-block of Bainbridge?

7   A     I don't think so.  We maintain it.  We

8   remove the snow.  We maintain the lawns.

9   Q     Universal does?

10  A     Oh, yes.  We keep the fencing repaired.

11  Q     So, to your knowledge there have been no

12  neighborhood complaints about the state of the

13  property there?

14  A     Not that I recall.  If a complaint comes

15  in to our office, we make sure we take care of

16  it.

17  Q     So, if we could just go back to Ms.

18  Chavous for a moment, is she a consultant for

19  Universal today?

20  A     Not that I know of.

21  Q     Do you know why her contract wasn't

22  renewed?

23  A     No, I don't.

24  Q     Did you need for her to evaporate in

25  2014 at some point?

**FEDERAL GRAND JURY**                          **SHAHIED AQUIL DAWAN, 5/16/17**

Page 54

```
 1   A     It may have.  I'm not sure.  I wouldn't
 2   get that call.
 3   Q     Okay.  How are the charter schools
 4   funded that are managed by Universal?  Where
 5   do they get their funding from?
 6   A     It's state education funds passed
 7   through the School District of Philadelphia.
 8   Q     So, Pennsylvania state government is
 9   involved and city government is involved as
10   well?
11   A     Correct.
12   Q     Who files those applications on behalf
13   of Universal for funding?
14   A     Universal Education Company.
15   Q     Who is the person -- who is the live
16   person who fills out the paperwork?
17   A     For each charter application?
18   Q     Yes.
19   A     It's a team.
20   Q     So, a team based at Universal or a team
21   based at the charter school?
22   A     When you go to apply for a school, the
23   school doesn't exist.  That's the reason
24   they're all named Universal because we create
25   the schools.  So, it's a team at Universal.
```

USA0010111

Page 55

1    Q    We're almost done.  I want to ask you a

2    couple of questions about the executive

3    officers and how they're compensated at

4    Universal.  Who is the highest paid officer at

5    Universal?

6    A    The CEO.

7    Q    That would be Mr. Islam.  Is that right?

8    A    Yes.

9    Q    Is he a W-2 employee?

10   A    Yes.

11   Q    I'd like to show you what's been marked

12   as Universal 16.  Please take a look at the

13   back side first.  That's a spreadsheet derived

14   from your QuickBooks records that you prepared

15   for us showing Mr. Islam's compensation for

16   the years 2012 through 2016.  Do those figures

17   look about right as the CFO?

18   A    Yes.

19   Q    So, his salary per annum in 2012 was

20   $170,000; again in 2013 it was $170,000; in

21   2014 it was $170,000; and in 2015 it was

22   $176,000.  Is that right?

23   A    Yes.

24   Q    And then per your QuickBooks he got a

25   bonus in 2013 of $35,000; a bonus again in

**FEDERAL GRAND JURY**                    **SHAHIED AQUIL DAWAN, 5/16/17**

Page 56

1    2014; and a bonus again in 2015.  Is that

2    right?

3    A     Yes.

4    Q     Now, the reimbursements noted here

5    totaling $178,000.27 over the four years

6    noted, that's almost -- that's over a full

7    year's salary of reimbursements over those

8    five years.  Do you see that?

9    A     Yes.

10   Q     Could you flip to the first page,

11   please?

12   A     Yes.

13   Q     This is showing the individual

14   reimbursement from your QuickBooks records.

15   Do you see that?

16   A     Yes.

17   Q     I'm seeing travel expenses here in 2015

18   in the amount of -- on July 16, 2015 for

19   $70,000, and the next one in October is

20   $35,000?

21   A     Yes.

22   Q     January, $25,000?

23   A     Yes.

24   Q     What were these travel expenses

25   associated with?

**FEDERAL GRAND JURY**                    **SHAHIED AQUIL DAWAN, 5/16/17**

Page 57

1    A      Milwaukee.  We began operating in

2    Milwaukee a charter school in December of

3    2012.  We just closed it in April of this

4    year.  Every other week Mr. Islam had been in

5    Milwaukee.

6    Q      So, everywhere --

7    A      So, some of them are advances, and then

8    at the end of the fiscal year we reconcile,

9    and then after that reconciliation, after

10   every June, if you look at 7/25/14 you'll see

11   that strange looking number.  That's a

12   reconciliation of $66,146.

13   Q      What does that mean by reconciliation,

14   sir?

15   A      You're reconciliating all of the

16   expenses and all of the expenditures.  So, you

17   say these are all of the expenditures, these

18   are the actual advances we gave and this is

19   the difference.  We're doing it at that time

20   because the auditors are coming in and we have

21   to have all of the records available for the

22   auditors.  We have auditors every year that

23   audit our companies.

24   Q      So, am I understanding you correctly

25   from 2012 through 2017 -- please correct me if

USA0010114

Page 58

1    I'm wrong.  I just want to make sure I'm

2    understanding -- where we see travel

3    reimbursement on here, that's all with respect

4    to Milwaukee?

5    A    He goes to other places, but the

6    majority of it has been Milwaukee.  That's

7    just for his expenses.  It's very expensive

8    out there.

9    Q    There are supporting documentation

10   within Universal's records for the travel

11   expenses claimed by Mr. Islam?

12   A    Oh, absolutely.

13   Q    For all of these expenses?

14   A    Yes.

15   Q    How would you describe the financial

16   health of Universal?  Are you in the black?

17   Are you in the red?

18   A    We are in the black.

19   Q    Does Universal carry a lot of debt?

20   A    For an operation of our size I would say

21   no.

22   Q    Is Universal fairly liquid?

23   A    We have a lot of physical assets.

24   Q    Physical assets?

25   A    Yes.

FEDERAL GRAND JURY                    SHAHIED AQUIL DAWAN, 5/16/17

Page 59

1   Q      How many employees work for Universal?

2   A      Throughout the whole spectrum of all of

3   the companies?

4   Q      Well, let's exclude for a second the

5   individual charter schools which I understand

6   to be within the umbrella of Universal

7   Education.

8   A      Right now about thirty.

9   Q      With respect to travel for employees,

10  does Universal have credit cards, like travel

11  cards for employees?

12  A      No.

13  Q      Is Mr. Islam required to submit

14  documentation prior to being reimbursed?  What

15  exactly does he submit to you?

16  A      His travel records.

17  Q      Credit card receipts and that type of

18  thing?

19  A      Yes.

20  Q      Hotel receipts?

21  A      Yes.

22              MR. GIBSON:  Sir, if you

23  wouldn't mind, I'm going to ask you to step

24  outside for a moment.  I'm going to confer

25  with the Grand Jurors and we'll go from

Page 60

1    there.

2                    - - -

3                 (Whereupon the witness was

4    excused at 12:21 p.m. and returned at 12:24

5    p.m.)

6                    - - -

7    BY MR. GIBSON:

8    Q    Sir, I just want to go back to -- you

9    had been asked by myself earlier regarding

10   some political contributions and you told us

11   that you made some contributions in the past

12   to Mr. Johnson.  Is that correct?

13   A    Yes.

14   Q    Had you also made any contributions to

15   Mr. Williams, the state senate candidate?

16   A    I'm not sure.

17   Q    How about Universal, did the entity make

18   any political contributions to either Mr.

19   Johnson or Mr. Williams?

20   A    Absolutely not.

21   Q    Can you tell us why that is?

22   A    Because we're a 501c3 organization and

23   we're not allowed to be involved in politics.

24   Q    That's to individual officers like

25   yourself.  There's not a prohibition on that

FEDERAL GRAND JURY                          SHAHIED AQUIL DAWAN, 5/16/17

Page 61

1    as it applies to individuals.

2    A     That's correct.

3    Q     I believe this was on the abstract that

4    we were looking at earlier, but who did

5    Universal end of selling the Royal Theater to?

6    A     A developer out of Florida.  I can't

7    really tell from here.  They created this

8    entity Royal on South Street, LP.

9    Q     Was it somebody you had dealt with

10   before?

11   A     No.  This was a person that Ori Feibush

12   had in development in the 1600-block of South

13   Street, I believe.  So, Ori is the person that

14   brought this person to the table.

15   Q     Okay.  From your vantage point this was

16   an out-of-state entity that was purchasing the

17   property for development?

18   A     Since the person that developed on the

19   1600-block of South Street -- I guess they

20   were familiar with Philadelphia, but

21   definitely they were from Florida, yes.

22   Q     Your understanding was Mr. Feibush

23   brought them to the table?

24   A     That's my understanding, yes.  That's

25   why he was paid the $111,000.

USA0010118

**FEDERAL GRAND JURY**                    **SHAHIED AQUIL DAWAN, 5/16/17**

Page 62

1   Q     A commission or a finder's fee; that

2   sort of thing?

3   A     Yes, whatever you want to call it.  It

4   says commission on here.

5   Q     And the name of the company, sir, that

6   came to purchase it?

7   A     Say that again.

8   Q     What was the name of the company that

9   came to purchase it?

10  A     The name that they're using on here is

11  the Royal on South Street, LP, but I don't

12  remember.

13  Q     The entity they created to make the

14  purchase?

15  A     Yes.

16  Q     It looks like Kira Thompson Resources in

17  Sarasota, Florida.  Is that right?

18  A     Yes.

19  Q     I think that's all we have for you

20  today.  The investigation is ongoing.  So, it

21  may become necessary at some future point for

22  the Grand Jurors to put additional questions

23  to you.  If it happens, we'll be in touch with

24  your counsel.  I don't believe that from the

25  data that we were provided to date that we've

USA0010119

FEDERAL GRAND JURY                    SHAHIED AQUIL DAWAN, 5/16/17

Page 63

1   seen any supporting documentation for the

2   traveling expenses for Mr. Islam.  If those

3   documents -- I would ask you to preserve those

4   documents.  If Universal requires an

5   additional subpoena for those documents, we'll

6   accommodate that, but I would ask you to make

7   sure that those documents are preserved, and

8   I'm advising you that those will be the

9   subject of legal process.  Okay?

10  A     Sure.

11              MR. GIBSON:  Thank you very

12  much.

13              May I excuse the witness?

14              THE FOREPERSON:  Yes, please.

15                   - - -

16              (Whereupon the witness was

17  excused at this time.)

18                   - - -

19              (Whereupon the proceedings

20  concluded at 12:30 p.m.)

21                   - - -

22

23

24

25

USA0010120

Page 64

```
 1                    C E R T I F I C A T E

 2                          - - -

 3   COMMONWEALTH OF PENNSYLVANIA :

 4                          :  SS

 5   COUNTY OF PHILADELPHIA      :

 6                    I, Donna Bucci Stein,

 7   Registered Professional Reporter and Notary

 8   Public in and for the County of Philadelphia,

 9   Commonwealth of Pennsylvania, do hereby

10   certify that the foregoing testimony was taken

11   before me at 900 Market Street, 6th Floor,

12   Philadelphia, Pennsylvania, before the Federal

13   Grand Jury; that the foregoing testimony was

14   taken by me in shorthand by myself and reduced

15   to typing under my direction and control, that

16   the foregoing pages contain a true and correct

17   transcription of all of the testimony of said

18   witness.

19

20                    .................
                      DONNA BUCCI STEIN
21                    Notary Public
                      My commission expires
22                    March 7, 2021

23

24

25
```

USA0010121

**FEDERAL GRAND JURY**                                 **SHAHIED AQUIL DAWAN, 5/16/17**

**A**
A-B-D-U-R 8:11
A-L-C-O-R-N 14:20
A-Q-U-I-L 2:11
A-U-D-E-N-R-I-E-D
  14:13
a.m 1:13
Abdur 10:14
Abdur-Rahim 8:7
  15:17 31:20
ability 30:14
able 27:23 34:17
  49:16
absolutely 17:19
  58:12 60:20
abstract 61:3
academic 13:11
Academy 15:7,8
accommodate 34:5
  63:6
accompanied 2:25
account 38:25
  47:13
accounting 7:4,11
  13:3
accounts 7:6
acquired 22:11
  23:4,7 24:6
acquisition 17:16
  19:1
Act 24:22 25:1
  27:23 28:3 30:14
actual 57:18
Adbur-Rahim 8:9
additional 5:7 22:2
  62:22 63:5
Adjustment 34:8
administrative 13:6
  13:21
advances 57:7,18
advice 4:4 27:21
advising 63:8
affiliated 16:9
affirmatively 4:25
affirmed 2:5
affordable 16:24
  52:4
agenda 37:21
Agent 42:23
agents 42:12 43:5
ago 8:23
Agreement 36:15
Alcorn 14:19
Alliance 20:3
allowed 60:23
alteration 31:13

Amendment 5:13
  5:17,25
amount 24:16 26:2
  56:18
annum 55:19
answer 5:15,17,23
  6:1
Anthony 48:1,4,8
anti 37:15
anybody 5:24 11:5
apartment 18:15,17
appear 2:22 4:3
APPEARANCES
  1:19
appears 5:12 33:2
application 54:17
applications 54:12
applied 21:14
applies 61:1
apply 54:22
approach 32:19
approval 27:13
  35:12
approve 27:15
approximately 22:9
  44:18
April 36:23 57:3
Aquil 1:17 2:4,11
architectural 34:1
area 20:19 28:21
  29:10,11 35:1
  37:24 46:18 48:9
asked 37:5 42:16
  42:21 43:1,18
  60:9
asking 42:18
aspect 15:23
aspects 7:6 33:25
  35:15
assets 58:23,24
assist 27:18
assistant 1:21
  13:18
associated 12:6
  56:25
assume 7:9
attached 4:5
attempted 30:10
attorney 1:21 28:1
  46:6
Audenried 14:7,13
audit 57:23
auditors 57:20,22
  57:22
audits 7:6
August 38:21

authenticate 46:25
Authority 51:23
available 57:21
awarded 27:17
aware 19:23 41:2

**B**
back 11:16 20:3
  24:20 36:25 37:6
  38:16 40:16 42:12
  51:4 53:17 55:13
  60:8
back-office 12:25
  13:1,12
bad 23:12
Bainbridge 51:10
  51:12,13,14,20
  53:6
based 5:17 54:20
  54:21
basically 34:6
Bearfield 44:24
began 24:9 32:13
  52:1 57:1
behalf 54:12
believe 9:3,7,12,13
  19:2 21:2,13
  26:20 28:4,12
  29:20 30:1,23
  31:6 32:11 41:17
  43:7,9,13 61:3,13
  62:24
better 44:14
bill 34:25
bit 4:10
black 58:16,18
block 27:12,16
blocks 52:15
Bluford 13:14 14:4
Board 34:8,10,20
  34:22 35:8,13,14
bonus 55:25,25
  56:1
Borrell 8:25 9:1,8
  9:15 15:18,22
  46:3
Bound 15:7,8
break 6:15
bringing 45:7
Broad 19:13 20:17
  24:9
brought 27:19
  61:14,23
Bucci 1:13 2:1 64:6
  64:20
build 33:25

building 1:10 18:15
  23:23 24:3 27:3
  31:2
buildings 18:17
business 3:25 13:5
  17:9
businesses 20:23

**C**
C 1:10 12:3 64:1,1
C-H-A-V-O-U-S
  29:19
C-R-E-I-G-H-T-O-N
  14:17
calendar 9:5
call 54:2 62:3
called 3:7 7:12
  19:14,15,18,20
  46:20
campaign 31:21
candidate 60:15
capacity 3:21
card 59:17
cards 59:10,11
care 27:5 53:15
Carl 18:6,12
carry 58:19
CEO 8:13 15:15
  30:1 38:9 46:1,7
  47:8 55:6
certain 12:20
certainly 35:19
certify 64:10
CFO 7:15,22 15:12
  38:24 46:1 47:11
  55:17
change 33:14 34:25
  35:8,9 41:16 42:2
  49:12
changed 23:25 24:3
  28:18 36:24
changes 34:4
characterize 10:4
  12:12 16:20
charge 8:3 50:11,15
charter 12:5,11,15
  12:15,16,19 13:14
  13:15,24 14:1,3,8
  14:15,20,22,25
  30:6 37:14,15,16
  37:19,20 51:6
  54:3,17,21 57:2
  59:5
charters 37:16
Chavous 29:18,21
  32:9,13 35:24

37:5,10 38:1
  39:20,25 40:21
  41:19 43:2,17,21
  44:1 45:7 46:3,8
  46:10 47:3,11,14
  47:20 49:1,8
  53:18
Chavous' 36:17
  38:18
check 38:17 39:7
  39:15,22 40:9,21
  40:23 41:2 43:11
checks 40:18 47:19
Chief 3:11,12 6:24
  7:22,25 8:4,6 9:1
  15:19 16:6
circles 37:22
city 9:8,9 21:6,7,10
  21:15,15 22:3
  28:25 33:23 34:7
  34:24 35:1,1,8,12
  35:19 41:3,16
  42:3 49:24 50:12
  51:10 54:9
claim 25:4,5
claimed 58:11
clear 3:14
clients 44:9
close 25:1
closed 15:4,6 57:3
College 15:7,8
come 8:1 16:14
  19:24 24:10 27:8
  29:24 38:16 42:20
  45:19 50:6
comes 9:22 53:2,14
coming 2:20 7:18
  57:20
commencing 1:13
Commerce 21:3,4,7
  21:10
commercial 23:10
  24:19 28:17,21
commission 27:15
  31:9,15 33:24
  62:1,4 64:21
Commonwealth
  64:3,9
community 3:8,9
  3:15,20 4:1 6:25
  7:10 9:19,21 10:4
  10:13,16,22 11:7
  11:10,12,13,20,21
  11:25 15:12 16:2
  16:10,15,19,21,22
  17:2,5,13,15,17

SUMMIT COURT REPORTING, INC.
215.985.2400 * 609.567.3315 * 800.447.8648 * www.summitreporting.com

USA0010122

17:20,23,24  18:1
20:21  23:14  32:10
34:15  38:18  39:3
46:11,13
**companies** 3:7  9:23
9:24  10:1,5,12,16
10:18,21,23  11:1
11:17,18,22  12:1
12:10,13,20  13:17
14:1  15:11,13,16
15:20  16:1,14
57:23  59:3
**company** 3:21  7:4
10:2,3  18:10
45:11  47:23  54:14
62:5,8
**compensate** 25:20
**compensated** 55:3
**compensation**
25:22  26:2  55:15
**complaint** 53:14
**complaints** 53:5,12
**comply** 31:5
**comprehensive**
11:13
**concluded** 63:20
**condition** 23:12
**confer** 59:24
**connected** 17:3
**connection** 7:8,14
**conservatorship**
30:11
**considered** 21:24
**consistent** 31:3
**constant** 26:25
27:2
**Constitution** 5:18
**construction** 31:13
**consult** 6:9
**consultant** 35:25
44:12,17  45:8
53:18
**consultants** 38:5
44:24
**consulted** 18:25
**consulting** 32:9,14
36:16,17  37:10
38:18  39:20,25
43:3,8,10  44:2
45:4
**contact** 43:3
**contacted** 47:10
**contain** 64:16
**contract** 53:21
**contracts** 11:4
12:14

**contributed** 46:18
**contributions**
31:21,25  60:10,11
60:14,18
**control** 64:15
**conversations** 45:9
45:16,18  46:5
**COO** 8:20,22  46:1
**copy** 37:3
**corporation** 10:8,9
10:11  11:14  12:14
12:14,17  16:23
43:23
**correct** 2:23  3:1,7
3:15,22,23  4:2,11
4:22  6:6  7:12,15
9:10,16,23  11:6
11:23  12:7,8,21
12:22  14:5,6,17
14:18,21,24  15:1
16:4,5  21:19  22:1
22:13,14,18,21
23:5  25:15,25
26:1,5,9,10,15
27:6  28:7  30:7,8
31:17,18  32:25
33:16  34:3,23
35:3,10,11,18,22
36:1  38:22  39:1
39:18,19  40:6
41:19  42:5,24
43:20  47:4,7,15
47:16,20  49:13,15
49:24  50:22,25
51:5  54:11  57:25
60:12  61:2  64:16
**correctly** 12:18
45:13  57:24
**correspond** 47:19
**Corruption/Labor...**
1:7
**Council** 34:24  35:2
35:9,12,19  41:4
41:16  42:3
**Councilman** 9:9
28:23  41:17,18
**Councilperson**
28:25  29:4,6
**counsel** 2:25  3:3,16
6:9  8:14  62:24
**County** 64:5,8
**couple** 32:6  55:2
**course** 13:3  20:20
23:11  26:11  44:18
**court** 1:1,8  25:4
**covenant** 31:1

**create** 54:24
**created** 11:20,21
15:25  61:7  62:13
**creating** 11:19,25
**credit** 53:1  59:10,17
**Creighton** 14:15,16

**D**

**D-A-R-O-F-F** 14:12
**D-A-W-A-N** 2:12
**Daroff** 14:10
**data** 7:18,18  62:25
**date** 18:23  36:23
41:6,10  62:25
**dated** 36:22  38:21
40:23  49:7
**Dawan** 1:17  2:4,12
**Dawn** 29:18
**deal** 52:5
**dealing** 38:11
**deals** 18:1
**dealt** 18:20  61:9
**debt** 58:19
**December** 57:2
**decided** 33:20
**decision** 44:12
**decline** 5:16,25
**definitely** 61:21
**definitively** 45:17
**Department** 21:3,5
21:8,11
**derived** 40:17  55:13
**describe** 11:11  23:8
24:24  58:15
**designation** 24:1
**detailed** 50:7
**determined** 26:3,4
**develop** 11:14
16:23  20:9,10,14
20:22,22  24:13
25:16  26:12  32:16
51:3  52:3,6
**developed** 52:9
61:18
**developer** 61:6
**developing** 52:1
**development** 11:13
16:22  17:2,5,25
19:9,16  20:19
24:4  27:21  28:18
30:3  34:5  42:9
45:5  46:13,13
52:5,7,14,24
61:12,17
**developments** 18:4
18:10,11,12,13

**difference** 57:19
**different** 17:14
24:17  52:25
**dinner** 24:18
**direct** 5:1
**direction** 64:15
**directly** 16:7  49:9
**discussed** 4:10  6:4
44:13
**discussing** 46:2
**district** 1:1,1,8,9
24:8  29:12  54:7
**divided** 52:25
**document** 32:23
36:4,11,15
**documentation**
58:9  59:14  63:1
**documents** 30:14
32:21  37:5  47:3
63:3,4,5,7
**doing** 28:20  37:12
38:11,14  57:19
**dollars** 26:16,18
**donations** 37:19
**Donna** 1:13  2:1
64:6,20
**downspouting**
26:24
**Dranoff** 18:6,8  27:8
27:19  33:9,18
50:10
**Dranoff's** 28:2
33:13
**drawn** 38:25

**E**

**E** 64:1,1
**e-mail** 46:25  49:7
**earlier** 4:10  32:21
60:9  61:4
**east** 19:13,18
**Eastern** 1:1,9
**economically** 24:15
**economics** 17:8
20:21
**education** 11:15
12:9,13,19,25
13:10,16,25  15:11
15:13,15,20,23,25
16:14,17,23  17:11
30:2,3,4  37:11
45:4  54:6,14  59:7
**educational** 12:6
32:14
**effective** 36:23
**effort** 30:2,4

**either** 4:25  35:4,7
60:18
**employed** 3:6  20:23
**employee** 55:9
**employees** 44:6
59:1,9,11
**enclosing** 49:8
**entertainment**
20:19  24:8  28:17
**entire** 21:11  22:18
**entities** 12:6  17:25
18:4
**entity** 3:6  10:2,24
15:5  22:4  60:17
61:8,16  62:13
**entry** 33:10
**environment** 37:13
**envisioned** 31:17
**ERIC** 1:20
**escrow** 50:14
**ESQUIRE** 1:20
**estate** 11:14  16:24
16:24,25  17:3,17
17:18  50:9
**evaporate** 53:24
**Eventually** 27:24
**evidence** 1:6
**exactly** 6:23  37:11
38:8  43:11  46:21
51:19  59:15
**EXAMINATION**
2:15
**examined** 2:5
**example** 13:14
15:12  19:11  33:9
44:23  48:10
**exclude** 59:4
**excuse** 21:23  63:13
**excused** 60:4  63:17
**executed** 36:24
**executive** 8:4,6
45:19,21,24,24
55:2
**Exhibit** 50:7
**exist** 54:23
**expect** 13:16
**expenditures** 57:16
57:17
**expenses** 50:17
56:17,24  57:16
58:7,11,13  63:2
**expensive** 58:7
**expertise** 37:24
**expires** 64:21
**explain** 34:13
**external** 38:9

USA0010123

**FEDERAL GRAND JURY**                                    **SHAHIED AQUIL DAWAN, 5/16/17**

**F**

F 64:1
facade 23:21,25
facilities 13:2
fact 22:15
facts 5:2
fair 7:20 32:15
  35:14 44:15
fairly 58:22
Falls 19:17,18
familiar 7:15 19:20
  29:14 48:1 51:9
  61:20
family 18:16
far 6:19
fast 36:20
father 8:19
favorable 42:7
feasible 24:10,16
federal 1:3,7,10
  21:4 64:12
fee 52:5,7 62:1
feet 23:25
Feibush 18:18,22
  18:25 30:10 50:15
  61:11,22
fencing 53:10
fend 27:23
fending 28:3
fifteen 31:2
fifty-one 51:24
figures 55:16
file 25:2,4
filed 25:5 30:14
files 54:12
filing 25:14
fill 12:1
fills 54:16
finance 20:25
financial 3:11,12
  6:24 7:3,7 16:6
  58:15
finder's 62:1
finding 23:16
firm 19:9 33:13,22
  36:17 38:19
first 10:11 19:24
  34:7,17 35:4
  40:21 43:18 55:13
  56:10
fiscal 57:8
five 40:19 50:17
  56:8
flip 36:3 38:15
  56:10
Floor 1:11 64:11

**G**

Florida 61:6,21
  62:17
focus 16:19
folks 29:2
following 10:24
follows 2:6
foregoing 64:10,13
  64:16
FOREPERSON
  63:14
Forgive 13:20 41:1
form 4:5 26:4
formal 18:23
formally 9:8 30:14
forth 7:19
forty 50:17
forty-nine 51:23
founder 11:18
four 56:5
front 23:25 24:3
  32:23
full 56:6
fund 30:3 31:11
funded 54:4
funding 22:3 54:5
  54:13
funds 54:6
future 62:21

**G**

gain 52:7
gas 50:14
generated 32:24
gentleman 42:24
George 8:25
getting 27:13 33:22
  33:25 34:19
GIBSON 1:20 2:17
  59:22 60:7 63:11
give 6:25 19:11
  23:22 44:23
given 22:2
go 4:8,13 8:1 11:16
  31:14 34:7,14,21
  36:14,19 39:14
  40:16 53:17 54:22
  59:25 60:8
goal 20:14
goes 23:23 58:5
going 4:13 7:18
  25:24 26:2,3
  28:16 32:19,20
  33:21 36:19 43:8
  45:14 59:23,24
Good 2:18,19
government 22:4

**H**

47:2 54:8,9
grand 1:3,7 2:22
  4:20,25 5:12 6:11
  45:1 59:25 62:22
  64:13
grant 21:2,4,15,16
  21:17 22:7 30:19
  31:10 49:23
grants 37:17,18
ground 35:10
Group 44:24
guess 61:19

**H**

hand 32:20
handle 7:4
happen 5:5,7 22:25
  27:11,25 31:19
happens 62:23
happy 26:8
Hawthorne 19:15
health 17:12 58:16
hear 18:14
heard 18:5
hearing 13:7
held 50:14
helped 52:2
helping 33:22
highest 55:4
hired 28:1
hires 12:19
hiring 13:24
historic 21:24
  23:20 24:1 27:14
  27:15
historical 31:3,6,15
  33:24
hold 22:15
home 42:14,16,20
Home's 10:5
homes 3:8,10,15,20
  4:1 6:25 7:10 9:19
  9:21 10:14,17,22
  11:7,10,12,20,21
  11:25 15:12 16:2
  16:10,15,19,21
  17:17,20,23 18:1
  18:16 32:10 38:18
  39:3 46:11
honest 5:15,23
Hotel 59:20
house 46:11
housing 18:13,14
  28:20 51:22 52:2
  52:4
HR 13:2

**I**

humor 48:20
hundred 45:1 52:3
hyphen 8:11

**I**

I-S-L-A-M 8:12
idea 7:1 23:22
identify 3:3 36:5
  38:24
impacted 28:9
imploded 19:16
imposed 25:24
improve 17:6,14
  20:4
inactive 22:20
inarticulate 13:21
include 20:21
incorrect 5:1
incriminate 5:16,24
Independent 19:5
indicated 28:5
  30:18
Indicating 39:10
individual 12:11
  14:1,3 18:5 56:13
  59:5 60:24
individuals 61:1
initial 24:7
Institute 14:22
insurance 27:7
interest 51:22,25
  52:8
interested 35:20
internal 38:12
introduce 34:25
introduced 41:3,15
  49:11
investigation 5:8
  62:20
invoice 49:8
invoices 47:17
involve 17:16
involved 27:8 28:3
  33:19 45:18 52:19
  52:20 54:9,9
  60:23
involvement 28:4
IRS 43:21
Islam 3:5,14,20 4:8
  4:16 8:7,13,14,19
  10:14 15:17 16:1
  16:3,8,9 31:20
  46:6,7 47:7 55:7
  57:4 58:11 59:13
  63:2
Islam's 8:9 55:15

**J**

issue 28:9 43:20,22
  43:24
issued 43:24
issues 25:18 46:12

**J**

J-U-A-N 25:12
January 39:25
  56:22
job 38:9
jobs 20:22
Johnson 28:22,23
  29:3,5,17 32:1
  35:18 41:17,18
  49:11 60:12,19
Johnson's 29:14
  31:21 42:3
journey 24:9
Juan 25:9
July 56:18
jump 35:3
June 57:10
Jurors 59:25 62:22
Jury 1:3,7 2:23 4:21
  4:25 6:11 64:13
justice 5:8

**K**

keep 27:3 37:20
  50:19 53:10
keeping 28:21
Kenyatta 28:22
kind 6:25 8:8 12:23
  16:12 18:11 19:11
  24:8 26:22 31:12
  35:13 37:22
King 52:2
Kira 62:16
know 6:14,15 18:8
  24:22 25:8 29:8
  31:19,22,23 35:15
  35:16 41:6,20,20
  43:10 44:1,6,7,8
  44:10 46:19 48:21
  48:23 49:3,4
  50:12 53:20,21
knowledge 44:5
  49:2 53:11

**L**

L-E-V-Y 25:12
large 19:9 27:2
larger 18:12,13
lawns 53:8
lawyer 3:21 6:5
leadership 10:13

SUMMIT COURT REPORTING, INC.
215.985.2400 * 609.567.3315 * 800.447.8648 * www.summitreporting.com

USA0010124

10:15 15:10 16:3
33:22
**left** 9:4,15
**legal** 25:18 30:13
63:9
**legislation** 41:3,8
**let's** 8:2 16:19
19:25 40:9 59:4
**level** 9:20 17:10,11
35:2 38:7,8 41:16
**Levy** 25:9 30:15,16
**Levy's** 25:13
**life** 22:18
**line** 39:4,4,8
**liquid** 58:22
**little** 4:10 44:5
**live** 29:10 54:15
**LLC** 43:22
**located** 29:11,12
48:13
**location** 20:15
51:17,20
**logo** 12:3,3,4
**long** 9:1 16:9,16
28:16 29:5,7,8
31:5 43:15 48:16
48:18,19,24,25
**long-term** 20:24
**look** 19:13,17 40:9
40:22 43:12 45:25
46:23 55:12,17
57:10
**looked** 40:18
**looking** 13:13 17:7
17:8,10,11 24:17
57:11 61:4
**looks** 62:16
**lose** 25:14
**lost** 25:16
**lot** 19:19 23:12,15
51:21,25 52:6,8,8
52:9,14 58:19,23
**LP** 61:8 62:11
**Luther** 52:2

**M**

**maintain** 22:4 53:7
53:8
**maintenance** 22:7
26:16,19,22 50:14
**majority** 58:6
**manage** 7:3 11:15
12:15 16:23
**managed** 54:4
**management** 13:2
13:3,4,9,10,11,15

13:20
**March** 42:12,13
64:22
**marked** 32:22
55:11
**market** 1:10 16:25
64:11
**married** 29:17
41:18,22
**Martin** 52:1
**master** 20:18
**material** 5:2
**matter** 24:2
**matters** 46:16
**Mayor** 9:11
**McManigal** 42:23
**mean** 5:22 20:6
26:11 36:8 45:15
57:13
**meaning** 38:8
**means** 4:24 5:14
23:22
**meeting** 45:20
**memory** 43:8
**mentioned** 45:22
47:6
**million** 26:16,18
27:17 50:3,4,6,9
50:10,18,20,21
51:2,3,4
**Milwaukee** 15:3,6
57:1,2,5 58:4,6
**mind** 8:8 25:10
32:19 59:23
**mine** 39:11
**miscellaneous**
50:16
**mislead** 4:25
**mission** 20:20
**mixed** 24:19 28:19
28:20
**MLK** 19:14,14 52:24
**moment** 3:13 29:1
38:17 53:18 59:24
**money** 21:17 24:17
49:23
**moniker** 9:25
**months** 44:18
**morning** 2:18,19
4:11 42:21
**move** 34:18
**movie** 24:20
**Mu'min** 3:5
**Museum** 31:15

**N**

**N** 1:10
**name** 2:9,11 3:5 8:9
8:11 10:20 11:19
12:7 25:9,10
43:24 62:5,8,10
**named** 18:6 54:24
**nature** 31:3
**necessary** 62:21
**need** 6:14 12:1 13:5
28:18 35:12 53:24
**needed** 28:19 37:22
**needs** 34:4
**negotiating** 25:23
**neighbor** 25:9
**neighborhood** 17:6
17:8,9 20:5 23:8,9
23:11 46:20 53:4
53:12
**never** 30:14
**new** 26:24,24,25
**Nix** 1:10
**nonprofit** 17:21,22
44:17
**nonstop** 27:2
**Notary** 1:15 64:7,21
**noted** 56:4,6
**number** 12:5 26:20
32:22 34:19 57:11

**O**

**o'clock** 42:21
**oath** 4:21
**obligation** 4:20
**obstruction** 5:8
**obtain** 23:16 25:3
**obtained** 30:19
**obviously** 4:21
36:22
**October** 39:15
40:10,23 41:5,11
41:12 56:19
**offered** 20:2,6,8
**office** 29:7 53:15
**officer** 3:11,13 6:24
7:23,25 8:5,6 9:2
15:19 16:6 55:4
**officers** 3:19 9:17
55:3 60:24
**Oh** 8:20 53:10
58:12
**okay** 4:17 6:16 8:20
10:12 21:14 34:13
36:21 37:7,8
44:15 54:3 61:15
63:9
**older** 43:12

**once** 32:5
**ongoing** 62:20
**operated** 51:7
**operating** 7:23,25
9:1 10:2,24 15:19
57:1
**operation** 13:5
22:12 58:20
**operations** 7:3,5,7
10:19 11:3 13:12
38:12
**opposed** 3:24
25:23
**options** 35:5
**order** 23:16
**organization** 12:10
34:15 45:4 60:22
**organized** 8:3
**Ori** 18:18 50:15
61:11,13
**originally** 24:6
**out-of-state** 61:16
**outside** 3:25 59:24
**overlap** 31:18
**owner** 25:20,22
**ownership** 22:19

**P**

**p.m** 60:4,5 63:20
**P.R** 37:23
**page** 32:23 36:25
56:10
**pages** 64:16
**paid** 44:25 55:4
61:25
**paperwork** 54:16
**part** 20:16,24 34:12
35:4 42:9 49:17
49:18 52:5
**participated** 45:9
45:23
**participation** 44:11
**particular** 29:10
33:3 34:5 35:1
39:7
**partner** 18:3,9
52:15,16
**partnered** 18:21
**partners** 51:24 53:3
**partnership** 18:24
19:5 52:19
**partnerships** 17:24
53:1,2
**passed** 49:13 54:6
**pay** 20:11 44:17,20
44:21 49:21

**payable** 7:6
**payments** 40:19
**payroll** 7:5 11:2
13:4
**Pennsylvania** 1:1,9
1:12 31:15 54:8
64:3,9,12
**Penrose** 19:3,4,6,7
19:8 52:18 53:3
**people** 10:21 20:23
37:14,15 38:10
**percent** 51:23,24
**Performance** 36:16
**period** 15:18
**Periodically** 8:1
**perjury** 5:9
**permission** 31:11
31:16
**person** 18:9 25:19
41:25 54:15,16
61:11,13,14,18
**personal** 5:21
**personally** 3:25
5:16 45:3
**PHA** 51:24 52:17
**Philadelphia** 1:11
21:6,7,10 29:2
51:22 54:7 61:20
64:5,8,12
**physical** 58:23,24
**piece** 17:2
**place** 23:13 24:5,13
**placed** 23:18
**places** 58:5
**plan** 20:18 24:4
28:19 34:5 35:10
**planning** 33:23
**plans** 24:12,18,21
27:15 28:2
**playhouse** 24:21
**please** 2:9 3:4 6:23
8:10 25:11 34:13
46:24 49:7 55:12
56:11 57:25 63:14
**plenty** 43:25
**plus** 13:11
**point** 4:17 6:8 9:11
28:6,10 29:21
30:9 32:17 45:8
49:2 53:25 61:15
62:21
**political** 31:20
60:10,18
**politics** 60:23
**portion** 31:6
**position** 9:14 10:15

USA0010125

prepared 55:14
presented 1:6
Preservation 20:3
preserve 63:3
preserved 31:2
  63:7
presumably 37:4
pretend 29:1
principal 13:18
principals 13:19
prior 59:14
pro 37:14,15,19,19
Probably 32:6
problem 4:15
proceedings 1:6
  6:4 63:19
process 18:2 34:18
  42:10 63:9
Professional 1:14
  2:2 64:7
profit 17:21
program 7:11,16,19
project 19:17 34:1
  52:2,14,16
projects 17:14 19:1
  19:10,15,18,19
  50:16
Promise 46:20
properties 19:4,6,7
  19:8 23:13 33:9
  50:10 51:16
property 19:20 20:1
  20:12 21:25 22:12
  22:16,19,23 23:7
  23:19 24:6,11,13
  25:2,3,15,17,21
  26:11,17,23 27:4
  27:14,22 28:2,6
  28:10 31:4,17
  33:3,6,21 34:9
  46:13 49:16,21
  50:1 51:10 52:23
  53:5,13 61:17
proposal 41:15
  42:3
provide 12:20
  16:25 21:11 27:21
  33:1 37:17,18
  45:10
provided 13:16
  36:11 47:1,20,22
  49:23 62:25
providing 37:16
proximity 25:2
public 1:15 23:16

38:11 64:8,21
purchase 17:18
  20:7,25 21:12,17
  21:20 23:17 36:6
  62:6,9,14
purchasing 61:16
purpose 11:24
  27:20
purposes 7:11
pursuant 36:12
pushing 37:21
put 6:10 17:13
  24:12 25:3 26:22
  62:22

_____

Q

question 4:16 5:14
  5:15,22 6:1
questions 6:10,21
  42:17,22 55:2
  62:22
QuickBooks 7:12
  7:16 32:25 33:5
  40:17 55:14,24
  56:14
quite 34:16

_____

R

R 64:1
R-A-H-I-M 8:11
radar 19:25
Rahim 8:19 30:1
  38:3 39:5 47:6
ran 9:11
RCO 34:15
read 4:12
ready 33:25
real 10:10 11:14
  16:24,24,25 17:3
  17:17,18 31:7
  50:9
really 48:21 61:7
reason 51:25 54:23
reasons 52:13
recall 4:6 22:8 23:8
  32:7 41:6,10
  42:11 43:5 44:14
  45:14,16,20,22
  46:2,5,9 53:14
receipts 59:17,20
receive 22:6
received 33:13
recognize 7:18
recollection 43:16
reconcile 57:8
reconciliating

57:15
reconciliation 57:9
  57:12,13
record 2:9 3:4
  45:12
records 33:1 43:12
  55:14 56:14 57:21
  58:10 59:16
recruited 30:2
red 58:17
redevelopment
  20:17
reduced 64:14
referred 47:7
referring 10:22
  48:5
reflect 33:4
regarding 6:9 25:6
  41:4 46:7 47:1
  60:9
Registered 1:14 2:1
  34:15 64:7
regularly 18:1
rehabilitation 31:13
reimbursed 59:14
reimbursement
  56:14 58:3
reimbursements
  56:4,7
related 8:13,18
relating 47:3
relations 38:10,11
relationship 4:1
  10:5 15:22 18:21
  29:22,24
remained 22:20
remember 28:13
  32:4 42:18 43:1
  62:12
Remind 16:20
  49:20
remodeling 31:14
removal 27:1,1
remove 53:8
renewed 53:22
renovation 27:13
renovations 27:16
  27:18
rental 52:4
repaired 53:10
repairs 26:25
report 7:5 16:7 38:1
Reporter 1:14 2:2,8
  2:13 64:7
represent 48:9
representation 6:3

representing 3:22
  3:24
represents 3:14
request 31:8,9
requesting 31:11
required 59:13
requires 63:4
reside 48:12
residential 23:9
  24:19 28:20
Resources 62:16
respect 17:24 47:13
  58:3 59:9
response 43:13
  47:2,23
responsibilities 7:2
  7:14
responsibility
  26:13
responsible 11:19
rest 24:2
restore 22:4
restriction 23:20
restrictions 23:18
  31:7
restrictive 31:1
result 5:7 25:13
  49:15
retail 23:10
retain 44:12
returned 60:4
rezone 28:14
right 4:14 5:13,21
  6:3 9:6,15 11:2,3
  11:8 14:8,15,23
  15:3 17:4 25:16
  26:14 29:19 30:9
  30:12,20,22 33:15
  34:8,21 35:2,7
  36:7,12,17 37:1
  38:19,25 39:9,10
  39:16 40:11,12,14
  40:15 41:12 47:24
  48:24 49:9 50:24
  55:7,17,22 56:2
  59:8 62:17
rights 4:5,13 25:22
Robert 1:10
role 3:9
roofing 26:24
Room 1:11
Royal 19:21 20:1
  21:1,17,20,23
  25:6 27:9 28:15
  30:11,20 32:16
  33:3,6,7,8,15 36:7

41:4 49:12 50:23
  61:5,8 62:11

_____

S

S-H-A-H-I-E-D 2:11
safe 7:8 26:7 27:3
salary 55:19 56:7
sale 25:24 33:6
  36:8,9 52:4
Sales 33:4
Sarasota 62:17
saw 20:16,22
saying 5:6 41:11
  45:17
says 62:4
school 12:16,19
  13:14,15 14:8,15
  14:20,23,25 30:6
  54:7,21,22,23
  57:2
schools 12:6,11,15
  12:16 13:25 14:2
  14:3 51:6 54:3,25
  59:5
Schuylkill 19:17
second 11:17 16:20
  38:16 39:4 40:22
  59:4
see 11:24 12:2,3
  33:10 34:3 39:6
  40:4,24 56:8,15
  57:10 58:2
seeing 56:17
seen 63:1
self-incrimination
  5:13
sell 22:22 28:10
  33:21 49:16 50:1
selling 61:5
senate 60:15
Senator 48:5,8,10
  48:17,18
send 37:4
sent 33:18
separate 12:17
September 49:7
series 4:4 47:17
services 11:15 17:1
  19:3 36:16 52:18
  session 45:21,24
  45:25
Settlement 36:6
seven 42:20
Shahied 1:17 2:4
  2:10
share 10:13

**short** 34:11 43:15
**shorthand** 64:14
**show** 55:11
**showing** 55:15
  56:13
**side** 30:6 31:6
  32:14 37:11 46:11
  55:13
**sidewalks** 26:25
**sign** 11:4
**signatory** 39:2
**signature** 39:6,9
  40:6
**signed** 39:18 40:13
**signing** 47:14
**single** 18:16
**sir** 2:18 3:6 5:24
  16:7 18:11 19:22
  24:22 28:22 32:20
  38:15 40:13 41:9
  42:15,19 44:2
  47:24 48:2,7,19
  57:14 59:22 60:8
  62:5
**sit** 52:9
**sixty-five** 43:14
**size** 58:20
**small** 22:6
**snow** 26:25 53:8
**social** 11:15 16:25
  19:3 52:18
**software** 7:11
**sold** 23:4 28:6
  50:24 51:1,2
**somebody** 11:18
  25:1 26:12 51:1,3
  61:9
**sort** 13:6,9 24:4
  45:12 62:2
**sought** 28:14 42:2
**sound** 9:6 41:12
**South** 20:2,17
  23:10,11,13 61:8
  61:12,19 62:11
**speaking** 42:11
**specific** 34:9 43:16
  46:5
**spectrum** 59:2
**spell** 2:9 8:8 14:12
**spelling** 25:10
**spent** 24:16 26:15
  26:18
**spoken** 9:18
**spreadsheet** 32:24
  40:17 55:13
**spring** 32:11

**SS** 64:4
**stand-alone** 10:8
**start** 32:9
**starting** 47:18
**state** 2:8 22:7 27:17
  48:5,8,10,17,18
  53:12 54:6,8
  60:15
**Statement** 36:6
**States** 1:1,8,21 5:18
**stay** 37:20
**Stein** 1:14 2:1 64:6
  64:20
**stenographer** 8:10
**Stenographic** 1:5
**step** 34:17 59:23
**straight** 23:24
**strange** 57:11
**strategy** 20:24
**street** 1:11 19:13
  20:2,17,18,18
  23:10,11,14,24,24
  24:9 61:8,13,19
  62:11 64:11
**strike** 40:22
**stuck** 27:18
**stumbling** 27:12,16
  52:15
**subject** 63:9
**submit** 59:13,15
**subpoena** 4:5
  36:12 47:2,23
  63:5
**subpoenaed** 2:22
  4:3
**subsequently**
  49:13
**subsidiaries** 10:10
**subsidiary** 10:6,7
**successful** 24:14
  25:14,19
**supervise** 38:4
**support** 12:20,23
  12:25 13:1,1,21
  30:2
**supporting** 37:16
  58:9 63:1
**sure** 3:14 4:14 6:17
  41:24 45:6 46:20
  53:15 54:1 58:1
  60:16 63:7,10
**surprised** 43:14
**sworn** 2:2
**symbol** 10:20
**system** 26:24
**systems** 17:7

**T**
**T** 64:1,1
**table** 61:14,23
**take** 6:15 25:21
  26:13 34:16 36:19
  46:23 53:15 55:12
**taken** 64:10,14
**talk** 4:16 8:2
**talked** 14:4 30:18
  32:21 51:6
**talking** 9:5 12:23
  13:22 18:14 29:9
  41:7,25
**tapped** 50:16
**tax** 52:25
**taxes** 27:7 50:10
**team** 44:25 54:19
  54:20,20,25
**technical** 25:17,18
  35:15
**technically** 3:8 10:9
  10:23
**technologies** 13:3
**tell** 4:20,21 6:23
  29:2 43:4 60:21
  61:7
**tend** 5:23
**terms** 19:1 43:3
  45:7 48:12,13
**testified** 2:5
**testimony** 1:17 5:1
  64:10,13,17
**Thank** 2:13,20
  63:11
**theater** 19:21 20:1
  21:1,18,21,24
  22:5 23:17 24:18
  24:20 25:6 27:9
  28:15 30:11,20
  32:16 33:7,8,15
  35:21 36:7 41:5
  49:12 50:23 61:5
**thing** 13:9 45:13
  59:18 62:2
**things** 13:22 17:12
  27:5 38:12
**think** 11:1 22:6
  50:13 53:7 62:19
**third** 33:10
**thirty** 59:8
**Thompson** 62:16
**thought** 24:7
**three** 23:25 52:3,25
**thumbnail** 7:1
  19:12
**time** 4:17 6:8 7:24

  8:21,21,21 9:12
  15:18 22:11 28:11
  29:21 30:9 32:13
  32:17 33:19,20
  35:24 36:19 37:13
  41:11,14 43:1,6
  43:18 45:8,20
  48:24,25 49:2
  50:23 57:19 63:17
**timeline** 16:13,15
**times** 32:3,6
**today** 2:20 3:1 4:4
  6:5 42:24 52:9
  53:19 62:20
**told** 43:5,7,9,13
  60:10
**top** 8:4 33:11 39:4,8
**topics** 46:22
**total** 40:18
**totaling** 56:5
**touch** 62:23
**touched** 46:15,21
**towers** 19:16
**track** 45:12
**trademark** 9:25
  10:19,20 11:19
  12:2,4
**transcript** 1:5
**transcription** 64:17
**travel** 56:17,24 58:2
  58:10 59:9,10,16
**traveling** 63:2
**tremendous** 24:16
**tried** 20:4
**true** 64:16
**trump** 35:13
**truth** 4:20,22
**trying** 24:10 26:13
  32:16 46:19
**Tuesday** 1:12
**turn** 49:6
**turned** 21:16
**turning** 24:7,20
**twelve** 44:18
**Twenty** 48:22
**twenty-four** 16:11
  16:16
**two** 9:3 34:6 35:16
**two-person** 44:25
**type** 28:17 38:14
  59:17
**types** 24:18
**typewritten** 36:23
**typical** 38:4 44:16
**typing** 64:15

**U**
**U** 12:3
**umbrella** 9:22
  12:10 59:6
**understand** 2:21,25
  4:15,19 5:2,9,18
  6:1,11,18 12:9
  16:12 30:13 45:6
  59:5
**understanding**
  12:18 45:13 57:24
  58:2 61:22,24
**understood** 37:25
**undeveloped** 50:24
**United** 1:1,8,21
  5:18
**UniTEN** 52:19,23
  52:24 53:1,2
**units** 52:3
**Universal** 3:7,8,9
  3:15,19 4:1 6:24
  7:10 8:2 9:19,21
  9:22,24,25 10:3,5
  10:12,13,15,16,18
  10:21,22,23 11:1
  11:7,10,12,16,17
  11:20,21,22,25,25
  12:7,9,13,19
  13:13,16,25 14:7
  14:10,14,19,22,25
  15:7,11,11,13,15
  15:19,25 16:2,10
  16:13,15,17,21
  17:17,20 18:20
  20:11,14,25 21:14
  21:16,21,23 22:2
  22:11,15,22,22
  23:7 24:5,12
  25:14,23,25 26:3
  26:8,18 27:4,23
  28:6,14 29:10,12
  29:22,25 30:19
  32:10,15,15,22
  33:14,17 35:19,21
  35:25 36:4,14
  37:3 38:2,5,16,17
  39:2,14,22 40:3
  40:10,23 41:1
  42:4,7 43:2,17,20
  44:17 45:3,25
  46:7,23 47:1,18
  47:19,22 48:13
  49:6,16,20 50:1,9
  50:19 51:2,4,16
  51:19 53:5,9,19
  54:4,13,14,20,24

SUMMIT COURT REPORTING, INC.
215.985.2400 * 609.567.3315 * 800.447.8648 * www.summitreporting.com

USA0010127

**FEDERAL GRAND JURY**                                    **SHAHIED AQUIL DAWAN, 5/16/17**

54:25 55:4,5,12
58:16,19,22 59:1
59:6,10 60:17
61:5 63:4
**Universal's** 22:19
36:6 38:25 58:10
**unusual** 38:13
**up-front** 35:5
**upkeep** 26:16,19
**use** 7:19 24:10,19
25:3 28:19,20
**uses** 7:11

**V**

**V-A-R-E** 15:2
**vacancies** 23:15
**vacant** 9:14 22:20
23:12 25:2
**vantage** 61:15
**Vare** 14:25
**variance** 34:9
**variances** 35:20
**vegetation** 27:1
**vehicle** 5:25
**venue** 28:17
**version** 34:11
**versus** 18:15 37:19
**vibrant** 17:13

**W**

**W-2** 55:9
**waived** 31:8
**Walk** 50:8
**want** 3:13 17:6
26:12 36:4 40:22
41:24 45:6 55:1
58:1 60:8 62:3
**wanted** 31:12 42:4
**wasn't** 9:9 31:1
53:21
**water** 50:11
**way** 7:9 19:25
20:22 28:3 34:21
34:24 46:17
**ways** 34:6 35:16
**we'll** 3:12 59:25
62:23 63:5
**we're** 3:14 9:4
41:24 51:23 53:2
55:1 57:19 60:22
60:23
**we've** 6:4 18:9 19:9
62:25
**week** 57:4
**went** 51:4
**weren't** 45:17

**wife** 29:15
**Williams** 48:1,4,6,8
48:16 49:1 60:15
60:19
**wish** 6:8
**withholding** 5:2
**witness** 2:10 5:11
60:3 63:13,16
64:18
**words** 10:14 42:8
**work** 30:20 33:14
35:6,10 37:23
38:5,14 43:10
46:12 49:1 59:1
**working** 35:24
**wouldn't** 31:22,23
44:7,10 49:3,4
54:1 59:23
**wrong** 34:3 58:1

**X**

**Y**

**year** 8:23 9:4,5 20:4
23:1 42:12 43:25
57:4,8,22
**year's** 56:7
**years** 9:3 16:11,16
22:3 24:11,17
26:17 31:3 48:22
55:16 56:5,8

**Z**

**zoning** 28:9,18,19
34:4,7,9,10,20,22
34:25 35:8,13,13
35:17,20 41:4,7
41:16 42:2 46:12
49:12

**0**

**1**

**1** 32:22 50:7
**10** 46:23
**10,500** 50:12
**1099** 43:24
**1099s** 43:21,21,22
43:25
**11** 47:18
**11:05** 1:13
**110,000** 50:15
**111,000** 61:25
**12** 40:2 47:18
**12:21** 60:4
**12:24** 60:4

**12:30** 63:20
**13** 47:18
**13,500** 38:21 40:3
**1300** 51:10,12,15
**1300-block** 51:20
53:6
**1301** 51:13,15
**135** 24:22 25:1
27:23 28:3 30:15
**13th** 51:14
**14** 47:18
**15** 49:6
**1500-block** 20:2
**16** 1:12 55:12 56:18
**1600-block** 61:12
61:19
**16th** 20:18 24:9
**17,250** 40:11 41:2
**170,000** 55:20,20
55:21
**176,000** 55:22
**178,000.27** 56:5
**18,000** 39:23
**1997** 52:2
**19th** 36:23
**1st** 36:24

**2**

**2** 1:11 36:4 38:21
39:25
**2.2** 27:17
**2.7** 50:9,20,21 51:4
**20,000** 50:13,13
**2000** 20:4 21:22
23:4
**2002** 16:18
**2008** 22:10 30:23
30:24
**2012** 55:16,19 57:3
57:25
**2013** 25:6 30:22
32:12,17 33:20
38:21 39:15 40:24
47:14 49:8 55:20
55:25
**2014** 9:5 35:19
39:25 40:2,10
41:5,13 53:25
55:21 56:1
**2015** 9:5 55:21 56:1
56:17,18
**2016** 9:4 23:2,5
55:16
**2017** 1:12 57:25
**2021** 64:22
**25,000** 56:22

**26** 49:8

**3**

**3** 36:14
**3.7** 50:3,4,6,18 51:2
51:3
**300,000** 20:13
21:11 49:22
**30th** 41:12
**35,000** 55:25 56:20
**37** 50:10
**374** 50:11

**4**

**4** 38:17 40:16
**4,500** 39:15

**5**

**5** 38:16
**50,000** 22:6 30:19
**501c3** 60:22
**5th** 5:12,17,25

**6**

**6** 39:14 40:23
**6/10/2013** 36:25
**66,000** 44:16
**66,146** 57:12
**66,750** 40:18
**6th** 1:11 64:11

**7**

**7** 39:22 64:22
**7/25/14** 57:10
**70,000** 56:19
**731,000** 33:13,17
50:10

**8**

**8** 40:3
**8th** 40:23

**9**

**9** 40:10 41:1
**9/27/2016** 33:10
**900** 1:10 64:11

Page 71