# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | No. 2:20-cr-00045-01-GAM |
| ABDUR RAHIM ISLAM *et al.*, | : | (McHugh, J.) |
| Defendants. | : | |

## NOTICE OF DEFENDANT ISLAM'S MOTION *IN LIMINE* TO PRECLUDE CERTAIN FINANCIAL EVIDENCE

Defendant Rahim Islam, by and through his undersigned counsel, hereby files this Motion seeking to preclude the Government from referencing expense reimbursements received by Mr. Islam from Universal Community Homes, or in the alternative, to preclude the Government from characterizing such reimbursements as compensation, and to exclude references to compensation received in 2017. The attached Memorandum of Law is incorporated herein by reference.

Respectfully submitted,

 *s/ David Laigaie*
ECKERT SEAMANS CHERIN & MELLOTT
David M. Laigaie, Esquire
(I.D. No.: 63010)
Joshua D. Hill, Esquire
(I.D. No.:93772)
Jessica K. Southwick, Esquire
(I.D. No.: 308678)
50 S. 16th Street, 22nd Floor
Philadelphia, PA  19102

(215) 851-8400 (Telephone)
(215) 851-8383 (Telecopy)
DLaigaie@eckertseamans.com
*Attorneys for Defendant Rahim Islam*

*/s/Peter Goldberger*
Peter Goldberger, Esquire
(I.D. No. 22364)
50 Rittenhouse Place
Ardmore, PA 19003
(610) 649-8200 (Telephone)
(610) 649-8362 (Telecopy)
peter.goldberger@verizon.net
*Co-Counsel for Defendant Rahim Islam*

**CERTIFICATE OF SERVICE**

I, Jessica K. Southwick, hereby certify that on this day, I caused the foregoing to be filed electronically with the Case Management/Electronic Case Filing System ("CM/ECF") for the Federal Judiciary. Notice of this filing will be sent to all parties by operation of the Notice of Electronic Filing system, and the parties to this action may access this filing through CM/ECF.

Dated: March 18, 2022  /s/ *Jessica K. Southwick*
Jessica K. Southwick