IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 20-45 |
| ABDUR RAHIM ISLAM | : | |
| (Out of Custody) | | |
| SHAHIED DAWAN | | |
| (Out of Custody) | | |
| KENYATTA JOHNSON | | |
| (Out of Custody) | | |
| DAWN CHAVOUS | | |
| (Out of Custody) | | |

**NOTICE OF HEARING**

Take notice that the defendants are scheduled for a **motions hearing** on **September 19, 2022,** at **3:00 p.m.** before the **Honorable Gerald Austin McHugh** in **Courtroom 9-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendants are on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendants are on bail or supervision and fail to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:     Christian J. Henry, Courtroom Deputy to J. McHugh
        Phone: 267.299.7307

Date:   9/12/2022

cc via U.S. Mail:   Defendants: Abdur Rahim Islam, Shahied Dawan, Kenyatta Johnson, Dawn Chavous
cc via email:       Defense Counsel: David Laigaie, Joshua Hill, Peter Goldberger Thomas Fitzpatrick, Patrick Egan, Nathan Huddell, Saverio Romeo, Stephanie Ohnona, Barry Gross, Elizabeth Casey, Henry Grabbe, Andrew Reeve

Assistant U.S. Attorney: Eric Gibson, Mark Dubnoff

U.S. Marshal  
Court Security  
Probation Office  
Pretrial Services  
Interpreter Coordinator

crnotice (July 2021)