IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | No. 20-45-1, 2 |
| | : | |
| ABDUR RAHIM ISLAM | : | |
| SHAHIED DAWAN | : | |

## ORDER

This 14th day of August, 2023, for the reasons set forth in the accompanying memorandum, trial will commence as previously scheduled on October 2, 2023.

                                               /s/ Gerald Austin McHugh
                                              United States District Judge