**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| **v.** | : | **No. 20-45-1, 2** |
| | : | |
| **ABDUR RAHIM ISLAM** | : | |
| **SHAHIED DAWAN** | : | |

## <u>AMENDED ORDER</u>

This 14th day of August, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Government's Motion for a Finding that Defendants' Interlocutory Appeal is Frivolous, ECF 526, is **DENIED** as **moot**. Trial will commence as previously scheduled on October 2, 2023.

   /s/ Gerald Austin McHugh
United States District Judge